# CONFIDENTIAL

## ONEMATA CORPORTION
## NOTICE OF A SPECIAL MEETING OF THE SHAREHOLDERS

March 19, 2021

*<u>Via Federal Express and E-mail</u>*

TO THE SHAREHOLDERS OF ONEMATA CORPORATION LISTED ON THE ATTACHED EXHIBIT A (LIST OF SHAREHOLDERS):

Pursuant to the provisions of the Bylaws of Onemata Corporation, a Colorado corporation (the "Corporation"), the Board of Directors of the Corporation has called a Special Meeting of the shareholders of the Corporation, to be held at Robinson Waters & O'Dorisio, P.C., 1099 18th Street, Suite 2600, Denver, Colorado 80202, on April 19, 2021 at 10:00 a.m. Mountain Daylight Time, for the following purposes:

1. To consider and vote on an increase in the number of authorized shares of Class B common stock of the Corporation in an amount sufficient to be sold and issued in connection with the Corporation's planned private offering of up to $2,000,000 of Class B common stock.

2. To transact such other business, if any, that may properly come before the meeting or any adjournment of the meeting.

The Board of Directors of the Corporation unanimously recommends that the shareholders approve such increase in the number of authorized shares of Class B common stock of the Corporation.

Only the shareholders of the Corporation's common stock at 5:00 p.m. Mountain Daylight Time on March 19, 2021 are entitled to notice of, and to vote at, the meeting or any adjournment of the meeting.

You are cordially invited to attend the meeting in person and to take part in the meeting or participate by telephone by dialing 303-824-3239, entering bridge number "2" and entering "5550#" as the PIN; or you may provide a proxy to either of the undersigned, or another person of your choosing, to vote your shares on your behalf.

*DocuSigned by:*
*William Smith*
A254B1136B89490...

William W. Smith, III, Director

*DocuSigned by:*
*Brad Brown*
AE4B045275174C6...

Brad Brown, Director

1

# EXHIBIT A

## LIST OF SHAREHOLDERS

| **Shareholders of Class A Common Stock** | **Number of Shares** |
|---|---|
| Clay Anselmo<br>E-mail: clay.anselmo@yahoo.com | 586,425 |
| William W. Smith, III<br>E-mail: smithw@onemata.com | <u>3,875,678</u> |
| **Subtotal** | **4,462,103** |

| **Shareholders of Class B Common Stock** | **Number of Shares** |
|---|---|
| Clay Anselmo<br>E-mail: clay.anselmo@yahoo.com | 54,977 |
| Crystal Anzulewicz<br>E-mail: anzulewicz@onemata.com | 68,765 |
| Sabira Arefin<br>E-mail: sabira1231@yahoo.com<br>    and<br>Sabira Arefin<br>  c/o Harry Winderman, Esq.<br>E-mail: harry4334@hotmail.com<br>      Lynora.mae@gmail.com | 2,575,758 |
| Colby Atwood<br>E-mail: colbyatwood@comcast.net | 52,413 |
| Brad Brown<br>brownb@onemata.com | 1,937,500 |
| Merrill Brown<br>Email: merrillbrown02@hotmail.com | 52,413 |

| | |
|---|---:|
| Steve Chudleigh<br>E-mail: steve.chudleigh@gmail.com | 26,206 |
| George Fink<br>E-mail: gwfink@icloud.com | 80,616 |
| Mike Higgins<br>E-mail: higginsb@onemata.com | 875,000 |
| Dane Madsen<br>E-mail: dane@danemadsen.com | 52,413 |
| Ryan McCabe<br>E-mail: mccaber@enscicon.com | 206,556 |
| Rick Owens<br>E-mail: lexiandnick@gmail.com | 346,829 |
| Jerry Pokorny<br>E-mail: jerry_pokorny@msn.com | 154,146 |
| Ashfaq Rahman<br>E-mail: ashfaq_rahman@yahoo.com<br><br>    and<br><br>Ashfaq Rahman<br>  c/o Mavrick Law Firm<br>E-mail: peter@mavricklaw.com<br>     jacob@mavricklaw.com<br>      legal assistant@mavricklaw.com | 2,575,758 |
| William W. Smith, III<br>E-mail: smithw@onemata.com | 1,828,441 |
| Sara White<br>E-mail: whites@enscicon.com | <u>65,682</u> |
| **Subtotal** | **<u>10,953,473</u>** |
| | |
| **TOTAL CLASS A AND CLASS B** | **15,415,576** |