1              UNITED STATES DISTRICT COURT

2             SOUTHERN DISTRICT OF FLORIDA

3    _____

     ONEMATA CORPORATION,
4
             Plaintiff,
5
        vs.                          CASE NO.
6

7    ASHFAQ RAHMAN AND               0:20-cv-62002-WPD
     SABIRA AREFIN,
8
             Defendants.
9
     _____
10
              VIDEOCONFERENCE DEPOSITION OF
11
                    ASHFAQ RAHMAN
12

13

14
             Tuesday, April 18, 2023
15
                  9:17 a.m.
16

17

18              Remote Proceeding
          Fort Lauderdale, Florida 33301
19

20

21

22              Fabien Gaboton
                Digital Reporter
23         Commission No. HH314370

24

25



 1                    APPEARANCES OF COUNSEL

 2

    On Behalf of Plaintiff, Onemata:
 3
         ANTHONY LEFFERT, ESQ.
 4       ROBINSON, WATERS, & O'DORISIO
         1099 18th Street, Suite 2600
 5       Denver, Colorado 80202
         (303) 297-2600
 6       aleffert@rwolaw.com
         APPEARED VIA VIDEOCONFERENCE
 7

 8  On Behalf of Defendants, Ashfaq Rahman and Sabira
    Arefin:
 9
         JACOB M. RESNICK, ESQ.
10       MAVRICK LAW FIRM
         1620 West Oakland Park Boulevard, Suite 300
11       Fort Lauderdale, Florida 33311
         (954) 564-2246
12       jacob@mavricklaw.com
         APPEARED VIA VIDEOCONFERENCE
13

14  Also present:

15       Jeff Dupont, Corporate Representative

16

17

18

19

20

21

22

23

24

25



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                           3

```
 1              INDEX OF EXAMINATION

 2    EXAMINATION                                 PAGE

 3         Direct Examination by Mr. Leffert      4

 4         Certificate of Oath                    165

 5         Certificate of Digital Reporter        166

 6         Certificate of Transcriptionist        167

 7         Deposition Errata Sheet                168

 8

 9              INDEX TO EXHIBITS

10    PLAINTIFF       DESCRIPTION                 PAGE

11    Exhibit 1       Statement                   6

12    Exhibit 2       Spreadsheet                 8

13    Exhibit 3       Notice of Deposition        25

14    Exhibit 4       Notice of Deposition        26

15    Exhibit 5       Request for Production      27

16    Exhibit 6       Spreadsheet Bank Account    42

17    Exhibit 7       Tax Returns                 45

18    Exhibit 8       Affidavit                   69

19    Exhibit 9       Web Page John Park          73

20    Exhibit 10      Notice of Transfer          115

21    Exhibit 11      Notice of Transfer          125

22    Exhibit 12      Notice of Transfer          132

23    Exhibit 13      Notice of Transfer          151

24

25
```



```
 1            THE REPORTER:  We are going on the record.
 2    The time is 9:17 a.m. Eastern Standard Time.  Good
 3    morning, everyone.  My name is Fabien Gaboton,
 4    reporter assigned by Esquire Deposition Solutions.  I
 5    request all parties stipulate that this is to be the
 6    deposition of Mr. Ashfaq Rahman in the case of Onemata
 7    Corporation versus Ashfaq Rahman.  Counsel, please
 8    state your appearance for the record, your firm, and
 9    who you represent, and I proceed to swear in the
10    witness.
11            MR. LEFFERT:  Tony Leffert, representing
12    Onemata Corporation.
13            MR. RESNICK:  Jacob Resnick representing
14    Ashfaq Rahman.
15            THE REPORTER:  Thank you.
16                    ASHFAQ RAHMAN,
17    having been first duly sworn, testified as follows:
18                  DIRECT EXAMINATION
19    BY MR. LEFFERT:
20        Q.   Mr. Rahman, what is your full name?
21        A.   Ashfaq Rahman.
22        Q.   Have you ever used any alias names?
23        A.   Not really.  I go by Ash.
24        Q.   Have you ever signed any documents using any
25    name other than Ashfaq Rahman?
```



1        A.    No.  I don't recall.

2        Q.    What's your address?

3        A.    10870 Haydn Drive, Boca Raton, Florida.

4        Q.    And is that your residence?

5        A.    Yes.

6        Q.    Do you intend to permanently reside at that

7    address?

8        A.    Yes.

9        Q.    Do you consider that to be your homestead?

10       A.    Yes.

11       Q.    Do you have a driver's license with you

12   today?

13       A.    Yes.

14       Q.    May I see it please.  Thank you.  For the

15   record, this is a Florida driver's license with the

16   address listed as 10870 Haydn Drive, Boca Raton,

17   Florida.  Thank you.

18       A.    Yes, sir.

19       Q.    Are you employed Mr. Rahman?

20       A.    Right now I'm doing my own thing.

21       Q.    Are you employed?

22       A.    No.

23       Q.    You're not employed by anyone?

24       A.    I'm doing my own thing.

25       Q.    What does that mean "Your own thing?"



1      A.   On my own projects.

2      Q.   For who?

3      A.   For myself and some other companies that I'm

4  consulting for.

5           MR. LEFFERT:  Just give me a second.  Can

6  you mark that as Exhibit 1 please.

7           (Plaintiff's Exhibit 1 was marked for

8  identification.)

9  BY MR. LEFFERT:

10     Q.   Let me hand you what's been marked as

11 Exhibit number 1, Mr. Rahman.

12     A.   Yes.

13     Q.   I represent that this is a statement from a

14 bank account in your name.

15     A.   Yes.  It's not under my name.  It's -- it's

16 under Interphase Corporation.

17     Q.   Well, on 01/13, a company called Advisor

18 Compliance Associates deposited a check for you in the

19 amount of $7,494.54.

20     A.   Yes.

21     Q.   And a similar amount on 01/31.

22     A.   Yes.

23     Q.   Who is Advisor Compliance Associates LLC?

24     A.   It's an Advisor Compliance, it's a company

25 that does consulting.  Because I'm working with some

```
 1   international companies and there's some consulting
 2   project -- project that I'm doing.
 3        Q.   So you're working for them.  Right?
 4        A.   The company is working.
 5        Q.   What company?
 6        A.   This Interphase Corporation.
 7        Q.   Interphase?
 8        A.   Yeah.
 9        Q.   And you own Interphase.  Right?
10        A.   I'm part owner.
11        Q.   Who's the other owner?
12        A.   There's another foreign person.  Sabira is a
13   part owner as well.
14        Q.   Who's the foreign person?
15        A.   His name is Akm Alamin.
16        Q.   What's his full name?  Can you spell it for
17   the reporter please.  Can you spell it for the
18   reporter?
19        A.   A-K-M A-L-A-M-I-N.
20        Q.   And where is he located?
21        A.   He's in Europe and also Bangladesh.
22        Q.   So Interphase.  What kind of business is
23   that?
24        A.   It's a corporation.
25        Q.   Are you a shareholder?
```



1        A.   Yes.

2        Q.   And is Sabira Arefin and this other

3   gentleman just mentioned are they also shareholders?

4        A.   Yes.

5        Q.   What business is Interphase in?

6        A.   It's a -- just business that's been around

7   since 2007 or something like that.

8        Q.   That wasn't my question, Mr. Rahman.  I said

9   what kind of business is it?

10        A.   It's a software and technology.

11        Q.   Do you work there full time?

12        A.   This is a business, so -- so yeah.  So as a

13   business, yeah, there are -- there are projects that

14   we do.

15        Q.   And do you regularly receive this income

16   from Interphase?

17        A.   This is not regular.  These are temporary.

18             MR. LEFFERT:  Let's mark this as two.  This

19   is from Interphase.

20             (Plaintiffs Exhibit 2 was marked for

21   identification.)

22   BY MR. LEFFERT:

23        Q.   I'm going to hand you what's been marked as

24   Exhibit #2, Mr. Rahman.  And I'll represent to you

25   that this is a -- this is a spreadsheet of monies



1   coming into the Interphase account from Advisor

2   Compliance Associates LLC.

3        A.   Yes.

4        Q.   Beginning 09/30/2022 going through January

5   31, 2023.

6        A.   Yes.

7        Q.   Do you see that?

8        A.   Yes.

9        Q.   So this is a regular payment you receive?

10       A.   Yes.

11       Q.   And do you have a contract with Advisor

12   Compliance LLC?

13       A.   I have a contract with some of the other

14   companies that are -- and the payment comes through

15   this company.  But I can show you that.

16       Q.   Well, what do you mean you have a contract

17   with other companies?

18       A.   Nifty Quarters is one company.  So we are

19   doing some projects with them.

20       Q.   What's the name?

21       A.   Nifty Quarters.

22       Q.   Okay.  How do you spell that?

23       A.   N-I-F-T-Y.

24       Q.   Okay.  And how is it that Nifty Recorders

25   has a contract with Advisor Compliance Associates?

ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                        10

1        A.   They have -- they do some international

2   projects.  I work with them and me and my team gets

3   paid.

4        Q.   Do you own Advisor Compliance Associates

5   LLC?

6        A.   No.  No.

7        Q.   Do you have any ownership interest in the

8   company?

9        A.   No.

10       Q.   Right.  So Advisor Compliance Associates is

11  doing work for -- the name of this company again?

12       A.   Yes.

13       Q.   What's the name of the company?

14       A.   Nifty Quarters.

15       Q.   Nifty Quarters?

16       A.   Yes.

17       Q.   How do you spell that?

18       A.   N-I-F-T-Y.

19       Q.   So tell me how that works.  Advisor

20  Compliance Associates does work for Nifty Quarters.

21  Is that right?

22       A.   Yes.  There's a partnership.

23       Q.   Okay.

24       A.   And I work with Nifty Quarters.

25       Q.   And you're doing work for --



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                        11

1        A.   It's not me, it's the company.  Interphase
2    Corporation.
3        Q.   Well, but you are the company.  Right?  You
4    and your wife and the other guy.
5        A.   Yeah.  Interphase Corporation.
6        Q.   Right.  And what kind of business is Advisor
7    Compliance Associates?
8        A.   It's in the software technology.
9        Q.   What kind of software?
10       A.   It's -- it's technically -- it's technically
11   what we are doing is basically large language models
12   some AI related work.
13       Q.   Large language models?
14       A.   Yes, Artificial Intelligence.
15       Q.   And AI work?
16       A.   Yes.
17       Q.   Artificial Intelligence?
18       A.   Yes.
19       Q.   Where is Advisor Compliance Associates
20   located?
21       A.   It's -- it's globally.  It's Europe and
22   stuff.
23       Q.   Where's the -- where's the home office, the
24   headquarters?
25       A.   Home office -- they have offices in



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                           12

1  different places.  So this one is UK.

2       Q.   How do you come to do work with Advisor

3  Compliance Associates?

4       A.   Through Nifty Quarters.

5       Q.   And how did you come to do work for Nifty

6  Quarters?

7       A.   I'm working with them on different projects.

8       Q.   Now that's not what I asked you, Mr. Rahman.

9  How did you come to know about them?  How did you meet

10 them?

11      A.   I know for -- for a while.  For years, many

12 years.

13      Q.   Where is Nifty Quarters located?

14      A.   They're in different parts of the world.

15 They have offices in Europe, as well as in Bangladesh.

16      Q.   Anything in the United States?  Any offices

17 in the United States?

18      A.   They're supposed to set up offices in

19 Florida.  But I think -- I don't think that has

20 happened yet.

21      Q.   What are your sources of income?  We just

22 talked about the money you get from Interphase through

23 Advisor Compliance Associates.  What other sources of

24 income do you have?

25      A.   The Interphase Corporation, the projects



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                    13

1  that you see running here.  Also there are a couple of

2  projects that we have been doing, the business has

3  been doing that's where -- that has been generating

4  some revenues.

5       Q.   And what other business is Interphase doing

6  besides working with Advisor Compliance Associates?

7  Who else are they working for?

8       A.   I'm not sure why you're answering this

9  question.  This is a business, a separate entity.  I

10  mean, I'm here in an individual capacity.

11       Q.   We are not here to answer questions and you

12  are going to answer going to answer questions about

13  your entities like Interphase.

14       A.   Okay.

15       Q.   Because you own it.  Okay.

16       A.   Not all of it.  Part of it.

17       Q.   Right.

18       A.   Yeah.

19       Q.   So who else is Interphase working for?

20       A.   It's doing a couple of other projects as

21  well.  A Polish company and it's working with NybSys.

22       Q.   You still selling NybSys location data?

23       A.   No.

24       Q.   What are you doing with NybSys?

25       A.   We are doing computer vision project.



ASHFAQ RAHMAN                                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                                      14

```
 1          Q.   I'm sorry, what?
 2          A.   Computer vision project.
 3          Q.   Computer vision?
 4          A.   Yes.
 5          Q.   What is that mean?
 6          A.   Computer vision means like making sense of
 7   images and videos.
 8          Q.   So Interphase is working with Advisor
 9   Compliance Associates, NybSys, and the Polish company.
10   What's the name of the Polish company?
11          A.   Pickwell.
12          Q.   How do you spell that?
13          A.   P-I-C-K-W-E-L-L.
14          Q.   You got -- do you have any other sources of
15   income other than what you just stated?
16          A.   No.  And also, those are not stable either.
17   Income -- sources of income either.
18          Q.   Well those look pretty stable to me.
19          A.   No.
20          Q.   Exhibit 2.
21          A.   Those, like, if you see.  Interphase took on
22   a huge amount of loan to be able to service all these
23   projects.  So we are building products, paying teams,
24   and there's a huge amount of loan and lien out there.
25   And most likely, they don't tell what the cost.
```



1          Q.    And --

2          A.    You will be able to see like right now there

3    was a negative balance in the account even.

4          Q.    Yeah.

5          A.    Okay.

6          Q.    Mr. Rahman, do you -- did you sign

7    personally on the loan for Interphase?  Are you

8    personally guaranteeing that loan?

9               MR. RESNICK:  Object to form.

10              THE WITNESS:  Yes.

11   BY MR. LEFFERT:

12         Q.    Okay.  And what's the amount of the loan?

13         A.    It's hundreds of thousands of dollars.  I

14   don't remember exactly.  But they are actually five or

15   six liens on the company.

16         Q.    Mr. Rahman, we can be here for a very long

17   time.

18         A.    Yes.

19         Q.    And I'm going to ask you to just answer my

20   questions.  Okay.

21         A.    I'm answering to the best of my knowledge.

22         Q.    So you personally guaranteed out a loan for

23   hundreds of thousands of dollars and you don't know

24   what the amount of the loan is.  Is that right?

25         A.    The loan is on the company, Interphase.



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              16

1        Q.    Right.

2        A.    Yes.

3        Q.    Which is your company.

4        A.    Yes.

5        Q.    Okay.  And you don't know the amount?

6        A.    It's hundreds of thousands of dollars.  I

7   mean, I don't know exactly what that amount is.

8        Q.    When was the loan made?

9        A.    It could be close to half a million.

10       Q.    When was the loan made?

11       A.    It was made last year.

12       Q.    When last year?

13       A.    Middle of last year or something like that.

14   And you can do a lien search, you will see like five,

15   six different liens from different companies.

16       Q.    So in 2021, you received 1.3 million dollars

17   for True Influence.

18       A.    Yes.

19       Q.    Why did you receive that money from True

20   Influence?

21       A.    Because I worked for them that's why I

22   received this money.

23       Q.    What did you do with the money?  The 1.3

24   million, what did you do with it?

25       A.    It mostly went into the legal bills with the



ASHFAQ RAHMAN                                                April 18, 2023
ONEMATA CORP. vs RAHMAN                                              17

 1  litigation.

 2       Q.   Mostly?

 3       A.   A lot more.  I mean, we have spent many

 4  million dollars on litigation.

 5       Q.   You didn't spend many millions of dollars on

 6  litigation.

 7       A.   Yeah, we did.

 8       Q.   Yeah, okay.

 9       A.   We did.  We did.

10            MR. RESNICK:  Objection.  Objection.

11  BY MR. LEFFERT:

12       Q.   Well, you weren't the only one.  You weren't

13  the only one that spent a lot of money, Mr. Rahman.

14  You brought counter claims that we had to defend that

15  were defeated.

16       A.   Yeah.  There were many.

17       Q.   Right.

18       A.   Yeah, and it's on appeal and if you, like,

19  your counsel express (phonetic) and they know there's

20  a 90 percent of reversal.

21       Q.   Do you want to bet on that?

22            MR. RESNICK:  Objection.

23  BY MR. LEFFERT:

24       Q.   Good luck with that, Mr. Rahman.  Good luck

25  with that.



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              18

1    A.   Okay.

2    Q.   Right now there's a seven million dollar

3  judgment against you personally.  Do you understand

4  that?

5    A.   And you know very well, it's like, you

6  confuse the jury and that's all you got.

7    Q.   Nobody confused the jury.  They understood

8  exactly what happened.

9         MR. RESNICK:  Objection.  This is all

10 argumentative.  Let's just ask the questions and go

11 on.

12 BY MR. LEFFERT:

13   Q.   They knew exactly what happened.

14   A.   They know, yeah, and the judges are exactly

15 knew.  You knew -- you saw the judge.

16   Q.   Yeah.  The judge knew what happened too.

17   A.   Yeah.  You saw the judge -- you saw the

18 judge.

19   Q.   It was pretty clear what happened here, Mr.

20 Rahman and the fraud you committed.  Okay.

21   A.   There was no fraud.

22   Q.   There -- well the jury thought there was.

23        MR. RESNICK:  Objection.  Argumentative.

24 BY MR. LEFFERT:

25   Q.   The jury thought there was.



ASHFAQ RAHMAN                                         April 18, 2023
ONEMATA CORP. vs RAHMAN                                          19

1        A.    There was no fraud.

2        Q.    Right.  Who owes you money right --

3        A.    You confused the jury with random

4   allegations.

5        Q.    Oh, Mr. Rahman --

6        A.    That happened (crosstalk).

7              MR. RESNICK:  Just answer his questions.

8   BY MR. LEFFERT:

9        Q.    You're living in an alternative reality.

10  You're not even in reality.

11       A.    Okay.

12       Q.    Does anybody owe you money?

13       A.    No.

14       Q.    No one owes you any money?

15       A.    No.

16       Q.    Okay.  What assets do you own now personally

17  in your own name besides the Interphase stock?

18       A.    I own the Florida home, the Burlington home

19  in my personal name along with Sabira.  And --

20       Q.    Yep.

21       A.    -- that's what I can tell you and the 34

22  percent ownership in Onemata, between me and Sabira.

23       Q.    Yeah, you don't own that anymore.

24             MR. RESNICK:  Objection, argumentative.

25  BY MR. LEFFERT:



ASHFAQ RAHMAN                                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                                      20

1        Q.    That was taken by corporation to partially

2    satisfy you seven million dollar judgment.

3        A.    No.  You can't take like that.  It's against

4    the law and it's illegal.

5        Q.    It's not against the law and it's already

6    been done.

7        A.    Yeah, it hasn't been done.

8        Q.    It has been done.

9        A.    I objected to it when I got that email and

10   it wasn't done.

11       Q.    So you knew that they were offsetting your

12   stock?

13       A.    No, you cannot -- you cannot do that.

14       Q.    But you said you got --

15       A.    There has to be a receiver.  There has to be

16   a fair market value.  It doesn't work that way.

17       Q.    You don't know what you're talking about,

18   Mr. Rahman.

19       A.    Yeah.

20       Q.    Let me ask you a very simple question.

21       A.    Yes.

22       Q.    You got the email and you were notified that

23   they were offsetting --

24       A.    Then I objected.  I showed that it was

25   completely wrong.



ASHFAQ RAHMAN
ONEMATA CORP. vs RAHMAN

April 18, 2023
21

1    Q.    Would you let me finish my question.

2    A.    Yes.

3    Q.    Okay.  You got the email and you knew that

4    Onemata was offsetting the value of the stock against

5    part of --

6    A.    That value is bull shit.

7    Q.    Will you please let me finish my question.

8    A.    Yes.  Yes.

9    Q.    Please.

10    A.    Yes.

11    Q.    You got the email.

12    A.    Okay.

13    Q.    And you knew that Onemata was offsetting the

14    value of the stock against part of the seven million

15    dollar judgment against you.  Correct?  You knew that

16    was happening.

17    A.    No, I did not.  Because it never happened.

18    Q.    You got --

19    A.    You sent -- you sent an email with a

20    proposal and I replied back saying --

21    Q.    It was not a proposal.

22    A.    -- saying that the calculation, even part of

23    your own -- own documentation is completely wrong.

24    Q.    Not a proposal.

25    A.    Yeah.



1        Q.   We told you it happened and it's done.

2        A.   No.  You said it was going to happen, then

3   nothing happened afterwards.

4        Q.   It did happen.

5        A.   It -- I -- I rejected that.  I showed the

6   error and there was no reply.  So it was never done.

7        Q.   It was done.  You don't own the stock

8   anymore.

9        A.   You -- you.

10       Q.   Let me ask you something.

11       A.   You -- you cannot do it like that.

12       Q.   Yes, we can.

13       A.   There is a legal process.  There is a legal

14   process.

15       Q.   Which we followed.

16       A.   There has to be a receiver (phonetic).

17       Q.   Right.

18       A.   And there has to be a fair market value.

19   And the Sheriff has to go to an auction.

20       Q.   You don't know what you're talking about.

21       A.   And -- and -- yeah.

22       Q.   No.  You don't know what you're talking

23   about.

24       A.   It doesn't work that way.

25       Q.   Okay.



1      A.   So -- so -- so that's completely wrong and

2   that's a complete --

3      Q.   Yeah, you don't own the stock.

4      A.   And -- and that's basically Onemata

5   defrauding us of the stock.

6      Q.   Yeah.  You don't own it.

7      A.   Yeah.

8      Q.   So let me ask you something.  Your wife

9   testified yesterday she didn't know that happened.

10  Did you not tell her?

11     A.   It never happened.

12     Q.   It did happen.

13     A.   What is left -- it never happened.  There

14  was an email with a proposal and I rejected that.

15     Q.   Not a proposal.

16     A.   I sent email rejecting that and I showed

17  that it was completely flawed -- it was completely

18  flawed.

19     Q.   Okay.  Well --

20     A.   Whatever was shown on the paper was

21  completely flawed.  I showed that and there was no

22  reply afterwards.  So the action never happened.

23     Q.   According to the bylaws of Onemata, they can

24  do it and they did it.  Okay.  You don't know.

25     A.   It never happened.



 1        Q.   That's not my question.  My question is your

 2   wife testified yesterday she didn't know anything

 3   about that.  About the email, or the -- or the letters

 4   that we sent to your address.  Did you tell her that

 5   they were taking the stock?

 6        A.   There's nothing to tell because you didn't

 7   take it.

 8        Q.   So you didn't tell her?  Did you tell her or

 9   not that they were trying to take stock?

10        A.   There's nothing to tell because at that

11   point the letter of the proposal --

12        Q.   Mr. Rahman, did you tell her -- did you tell

13   her about this issue?

14        A.   No.

15        Q.   Okay.

16        A.   I don't remember.

17        Q.   Okay.  It wasn't important to you.

18        A.   It's important.  But those emails can be

19   disregarded.  That not an ounce of truth in that

20   email.  Not, I mean, absolutely, that was total crap.

21        Q.   Well if you tell anybody you own Onemata

22   stock you're committing another fraud.  Just so you

23   know.

24             MR. RESNICK:  Objection.

25             THE WITNESS:  No.  And I don't need to tell



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                             25

1  anybody.

2  BY MR. LEFFERT:

3      Q.   All right.  I asked you what assets you

4  owned you said the house in Boca.  What else do you

5  own personally in your name?

6      A.   The house in Burlington that I can think of.

7      Q.   Okay.  What other assets do you personally

8  own?

9      A.   Right now I can't think of any, no.

10     Q.   Let's mark that as -- that's for Jacob.

11  Mark that as 4 please.

12         MR. DUPONT:  As three?

13         MR. RESNICK:   We're on three.

14         MR. LEFFERT:  Three.  Okay.

15         MR. RESNICK:  Yeah.  There you go.  The

16  spreadsheet would have stayed with these severe

17  efforts.

18         (Plaintiff's Exhibit 3 was marked for

19  identification.)

20  BY MR. LEFFERT:

21     Q.   Let me hand you what's been marked as

22  Exhibit 3, Mr. Rahman.  Get rid of the arrows on this.

23  Do you recognize this document?

24     A.   Yes.

25     Q.   What is it?



ASHFAQ RAHMAN                                                                April 18, 2023
ONEMATA CORP. vs RAHMAN                                                                26

1        A.    Notice of Deposition.

2        Q.    And when you received it, did you see that

3    you were requested to produce certain documents?

4        A.    Yes.

5              MR. LEFFERT:   That's for Jacob.   Mark that

6    as four please.

7              (Plaintiff's Exhibit 4 was marked for

8    identification.)

9              MR. RESNICK:   The last page is page 9?

10   Okay.   Got it.   Last page is page 11?

11             MR. LEFFERT:   I don't know.   Yep.

12             MR. RESNICK:   Okay.

13             MR. LEFFERT:   Yep.

14   BY MR. LEFFERT:

15       Q.    So we have handed you Exhibit 4, Mr. Rahman.

16   Do you recognize that document?

17       A.    Yes.

18       Q.    It's a notice for your deposition.   Correct?

19       A.    Yes.

20       Q.    For today?

21       A.    Yes.

22       Q.    And when you received it, did you see the

23   documents requested were the same thing as in the

24   request for production of documents which we just

25   showed you as Exhibit 2?



```
 1        A.   Can you repeat the question?

 2             THE REPORTER:  Sorry, counsel, it's exhibits

 3   3 and exhibits 4.

 4             MR. LEFFERT:  Right.  Three and four.

 5             THE WITNESS:  Yes.

 6   BY MR. LEFFERT:

 7        Q.   Same documents were requested both places.

 8   Right?

 9        A.   Yes.

10        Q.   And after you received these, did you do a

11   search for these documents?

12        A.   Yeah.  I did.

13        Q.   And did you produce any documents?

14        A.   Yes.

15             MR. LEFFERT:  Let's mark that as five.

16             (Plaintiff's Exhibit 5 was marked for

17   identification.)

18   BY MR. LEFFERT:

19        Q.   I just handed you what's been marked as

20   Exhibit 5, Mr. Rahman.  Do you recognize that?

21        A.   Yes.

22        Q.   What is it?

23        A.   Sabira Arefin and Ashfaq Rahman looking for

24   a request for production and responses and objections.

25        Q.   Okay.  And are these your responses that are
```



```
 1  contained on this document to our request for
 2  production?
 3        A.   It came with a response.
 4        Q.   I don't know what that means.
 5        A.   A joint response between me and Sabira.
 6        Q.   Okay.  And did you prepare these responses?
 7        A.   Yes.
 8        Q.   I want to start with request number 1.
 9  Copies of all bank account statements for all bank
10  accounts held in your name or controlled by you for
11  the last four years.  Do you see that request?
12        A.   Yes.
13        Q.   And at the bottom you say, "Without waiving
14  the foregoing objection and consistent with this
15  objection, Rahman an Arefin points to all non-
16  privileged responsive documents and bank statements
17  already provided by the banks.  Onemata has already
18  collected all documents from the banks, going far
19  beyond scope already.  Rahman and Arefin direct
20  Onemata to those bank statement documents produced by
21  the bank that have his or her name on the statement
22  and these statements are the ones responsive to this
23  request."  You see where I've read that?
24        A.   Yes.
25        Q.   Did you prepare that?
```



ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                          29

1          A.   Yes.

2          Q.   And did you produce any actual bank

3     statements in response to this request?

4          A.   I produced some and I also pointed to like

5     whatever the bank produced we saw them and they were

6     exhaustive.

7          Q.   Well, what you did was, you just simply

8     turned around and produced all the bank records that

9     we gave your lawyers.  Right?

10         A.   Because it was so substantial.  I mean,

11    there is nothing more for us to produce.  In fact, it

12    went far beyond --

13         Q.   Mr. Rahman.

14         A.   The LLC's and Trusts which are different

15    entities.

16         Q.   It doesn't matter if they are different

17    entities.  If you are connected to them or own them,

18    it's fair game.  Okay.

19         A.   The kind of thing and owning does different

20    thing.

21         Q.   Yeah.

22         A.   It's not a fair game.

23         Q.   Well, it is fair game and we're coming after

24    them.  Okay.

25         A.   Yeah.  Companies are --



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          30

```
1        Q.   So here's my question for you.  My question
2    for you is did you identify any bank accounts in you
3    or your wife's name for the last four years that were
4    different than the records that we subpoenaed?
5        A.   I identified some and they were provided
6    probably, but.
7        Q.   You didn't provide a single one.  The only -
8    -
9        A.   (Crosstalk).
10       Q.   Let me finish.  The only bank statements we
11   got were the very same bank statements that we
12   subpoenaed and we sent to your lawyers.  We didn't get
13   any additional bank statements.
14       A.   Because they are for super set and to your
15   point --
16       Q.   That was what?
17       A.   That is a super set.
18       Q.   I don't know what super set means.
19       A.   It's encompasses pretty much everything.
20       Q.   Pretty much?
21       A.   Yes.
22       Q.   So here's the question.  Do you have any --
23       A.   Like for example, you got some LLC's and to
24   your point LLC -- none of the LLC's they are charging
25   an order of protection.  So they're completely
```



1   different entities.  So.

2        Q.   I don't know where you're getting your

3   information about this.

4        A.   Yes.

5        Q.   Yeah.

6        A.   So they're completely different entities.

7   So it's not --

8        Q.   Well they're not completely different

9   because you own them.

10       A.   It doesn't matter.

11       Q.   It does matter.

12       A.   LLC --

13       Q.   No, it does matter.

14       A.   -- an individual are separate entities and

15  there's a charging order protection in Nevada as per

16  law.

17       Q.   Yeah.  You talking about the trusts in

18  Nevada that aren't valid?

19       A.   Not -- not for any LLC it doesn't matter.

20       Q.   Okay.  We're going to get to those.

21       A.   Okay.

22       Q.   Let's just stick to my questions.

23       A.   Okay.

24       Q.   Okay.  We're going to be here a long, long

25  time.



ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                         32

1        A.   Okay.

2        Q.   Right.  So other than the bank statements

3    that we produced to your lawyers.  Did you produce any

4    other bank statements?

5        A.   Not that I recall.

6        Q.   Okay.  Did you go look for any other bank

7    statements?  Any other bank accounts?

8        A.   There was no need to do that because we just

9    --

10       Q.   You're saying we -- we subpoenaed all of the

11   bank accounts --

12       A.   Yes.

13       Q.   -- that was in your personal bank.  Do you

14   have a bank account now in your name?

15       A.   The ones that you see.  Those are the ones.

16       Q.   Do you have any other bank accounts in your

17   personal name now, Mr. Rahman?

18       A.   Under my personal name.  There could be an

19   old account in some other -- other country.

20       Q.   Mr. Rahman, do you understand the court

21   reporter swore you in under oath today?

22       A.   Yes.

23       Q.   And you're bound by law to tell the truth

24   and answer these questions?

25       A.   Yes.



 1        Q.    And do you know that if you don't answer
 2   truthfully you can be --
 3        A.    Yeah.
 4        Q.    -- charged with perjury?  Do you understand
 5   that?
 6        A.    Yeah.  Your whole jury trial was one with
 7   perjury, and we're going to show that.
 8        Q.    Yeah.  So you understand if you lie today --
 9        A.    You just lied at least 20 times during the
10   whole trial, and we'll show that.
11        Q.    I think the jury figured out who was lying.
12        A.    Okay.
13        Q.    So do you understand if you lie today you
14   can be charged with perjury?
15        A.    I don't know.
16        Q.    You don't know that?
17        A.    I don't know.
18        Q.    Do you know if you lie today you can be
19   charged with contempt of court by Judge Dimitrouleas?
20        A.    I don't know.
21        Q.    You don't know.  Do you care about that?
22        A.    Yes, I do.
23        Q.    Okay.  So my question to you is do you have
24   any bank accounts in your personal name right now that
25   you're using?



ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                         34

1         A.    No.

2         Q.    How do you get your money?

3         A.    How do I get my money?

4         Q.    Yeah.

5         A.    Like the business Interphase.

6         Q.    Yeah.  When Interphase -- when Interphase

7    puts money into the trust.  How do you get cash out?

8         A.    I don't take any money from any trust.

9         Q.    How do you live?  How do you pay your

10   personal living expenses?

11        A.    Interphase has been like, I had income.

12   Where do you think I got income.  I made good money

13   from True Influence.  I use that and then also

14   Interphase has been paying some.  But right now, I'm

15   pretty much financially ruined.  So I'll have to

16   figure out what to do next.

17        Q.    Well that really wasn't my question.

18        A.    Yes.

19        Q.    My question was you have day to day living

20   expenses.  Correct?

21        A.    Yes.

22        Q.    All right.  How do you pay those?

23        A.    From credit cards, friends, and family, and

24   also payments from Interphase.

25        Q.    So when Interphase pays money into the trust



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              35

 1   account, one of the trusts.

 2        A.   It never paid money into the trust account.

 3   I don't remember.

 4        Q.   Where does Interphase pay -- when they pay

 5   money to you where do they pay it to?

 6        A.   I mean, we -- I don't take any distribution

 7   from Interphase.

 8        Q.   All right.  So Interphase -- you -- I asked

 9   you how you pay your living expenses and you said

10   Interphase.  And now you say you don't take any money

11   from Interphase.

12        A.   I mean, it carries some of the expenses.

13        Q.   So Interphase pays your personal living

14   expenses?

15        A.   Not personal living expenses.  That's all

16   the expenses in terms of the cost for running --

17   running the business.  In terms of --

18        Q.   Mr. Rahman, come on.  How do you get money

19   out to pay personal living expenses, day to day

20   expenses?  Where does the money come from?

21        A.   Right now we are living on credit cards and

22   as well as some friends and family.

23        Q.   How do you pay the credit cards?

24        A.   And also some of the bills are paid from

25   Interphase as business expenses.



ASHFAQ RAHMAN                                         April 18, 2023
ONEMATA CORP. vs RAHMAN                                         36

1        Q.   How do you pay the credit card accounts?
2    How do you make payment to your credit card companies?
3        A.   I'm just making the bare minimum payment
4    right now.
5        Q.   And where is the money come from to make the
6    bare minimum payment?
7        A.   It was coming from -- it was coming from the
8    -- some of the income that I had before.  Like the
9    True Influence and all that.
10       Q.   Where's all that money at?  Where's that
11   money at?
12       A.   That was mainly spent on the lawyers.  I
13   mean.
14       Q.   Mr. Rahman, you say you're making minimum
15   credit card payments now.
16       A.   Yes.  So there's a lot --
17       Q.   I asked you where the money is coming from
18   and you said some of the money I had before.  And I
19   said where is that?  Is it in a mattress under --
20   under your bed?  Where is it?  How do you make the
21   minimum payment on your credit cards?  Who pays that?
22       A.   Right now, I'm getting help from my mom.  My
23   dad passed away.  So my dad's account, I think so.
24       Q.   So they're paying your credit card debt?
25       A.   To some extent, yes.



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              37

1        Q.   Who's paying the rest of it?

2        A.   There's no rest of it.  I don't know where

3   to go from here.  Because the -- the credit cards also

4   are maxed out right now.

5        Q.   Do you have living expenses, day to day

6   living expenses?  Food, insurance, medical bills.  Do

7   you have those?  Utilities bills on your houses.  Do

8   you have those?

9        A.   The homes are paid from any rental income

10  that they have.  It's a business.

11       Q.   I'm talking about the Boca house where you

12  live.

13       A.   Yes.

14       Q.   How do you pay the expenses for that house?

15       A.   Expenses, I mean, we are pretty much paying

16  it from credit card a lot.

17       Q.   How do you pay --

18       A.   And --

19       Q.   How do you pay your utilities?

20       A.   And it's a place for running the business as

21  well.  So some of it's probably coming from the

22  business.  But it's a part of a place of business.

23       Q.   Mr. Rahman, how do you pay the utility bill

24  on the Boca Raton house?  How do you pay that?

25       A.   Probably credit card.



ASHFAQ RAHMAN                                            April 18, 2023
ONEMATA CORP. vs RAHMAN                                              38

1          Q.    Probably credit card.

2          A.    Yeah.

3          Q.    Do you know how the utility bill is paid?

4          A.    It's online.  I think the credit card is set

5    up.  But I don't recall exactly where it is paid.

6          Q.    How do you buy food?

7          A.    On the credit card.  We have been -- yeah,

8    using credit card primarily.  And, yeah, to the extent

9    it's a -- it's a business expense.  We use the

10   Interphase card since.

11         Q.    You know, Mr. Rahman, we're going to find

12   your personal bank account.  We're going to find them

13   eventually.

14         A.    Go ahead.

15         Q.    So why don't you just tell the truth?

16         A.    Go ahead.

17         Q.    How -- how do you pay your personal bills?

18   You said Interphase pays some of them?

19         A.    To the extent they're -- they're for

20   business purpose.

21         Q.    How is utilities on your house for business

22   purpose?

23         A.    Because business is conducted from the

24   house.

25         Q.    Okay.  How did you get here today?



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              39

1        A.    Took -- took an Uber.

2        Q.    And how did you pay for the Uber?

3        A.    From the credit card.

4        Q.    You said your credit cards are maxed out.

5        A.    Almost maxed out, but a little bit.  Yeah.

6        Q.    All right, Mr. Rahman.  Do any of the trusts

7   that you and your wife set up.  Do any of the trusts

8   pay your personal living expenses?

9        A.    No.  Those are irrevocable trusts.

10       Q.    I know exactly what those trusts are.

11       A.    What those are?

12       Q.    What?

13       A.    Tell me.

14            MR. RESNICK:  Just let him ask -- just let

15   him ask the question.

16            MR. LEFFERT:  Just the answer the questions

17   okay.

18            THE WITNESS:  Yeah.  Those are irrevocable

19   trust with a distribution trust being in Nevada.  So

20   to grantor is me and Sabira.

21   BY MR. LEFFERT:

22       Q.    Yeah. I know that.

23       A.    Me and Sabira.

24       Q.    And do you know that the trusts are

25   defective?  Did Mr. Park not tell you that?



ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                        40

 1        A.   It doesn't matter because the LLC's are

 2   owned by irrevocable trusts.  So the trust doesn't

 3   things.

 4        Q.   Let me talk to you about another question

 5   here.  Number 2 asks for copies of all federal and

 6   state income tax returns.

 7        A.   Okay.

 8        Q.   Filed by you on your behalf.  You didn't

 9   produce any.  Have you filed tax returns in the last

10   four years?

11        A.   I -- so, that was an oversight.  But we have

12   the tax returns.  I was going to send it to you.

13        Q.   Well I asked your counsel to get them for me

14   last night.

15        A.   Yes.

16        Q.   And you didn't produce them to him.  So do

17   you have them now?

18        A.   Yeah, we do.

19        Q.   I need them.

20        A.   Okay.  Yeah.

21             MR. RESNICK:  Okay.  Do you know if you

22   emailed them to her?  Okay.

23             THE WITNESS:  Yes.

24             MR. LEFFERT:  What is this?

25             MR. DUPONT:  That's Interphase too.



ASHFAQ RAHMAN                                                April 18, 2023
ONEMATA CORP. vs RAHMAN                                              41

```
 1              MR. LEFFERT:  To where?  Don't mark on it.
 2     Okay.  Don't mark on it.
 3              MR. RESNICK:  Oh, yes.  I have them here
 4     Tony.
 5              MR. LEFFERT:  Okay.  Can you send them to
 6     Jeff.
 7              MR. RESNICK:  To Jeff?
 8              MR. LEFFERT:  Yeah.
 9              MR. RESNICK:  Oh, yeah, sure.  If you don't
10     mind.  Jeff what's your?
11              MR. DUPONT:  Dupont J.
12              MR. RESNICK:  J Dupont?
13              MR. DUPONT:  Dupont J.
14              MR. RESNICK:  Oh, I'm sorry.  Dupont.  D-U-
15              P-O-N-T.  Right.
16              MR. DUPONT:  Correct.
17              MR. RESNICK:  J@rwolaw.com?
18              MR. DUPONT:  Yeah.
19              MR. RESNICK:  Okay.
20              MR. LEFFERT:  Do you have two more of these?
21              MR. DUPONT:  Uh-huh.
22              MR. LEFFERT:  Can I have them?
23              MR. DUPONT:  Yeah.
24              MR. RESNICK:  Let me cc Tony on this.
25              MR. LEFFERT:  Let's mark that as 6.  Give
```



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                      42

1   that to Jacob.

2            (Plaintiff's Exhibit 6 was marked for

3   identification.)

4            MR. DUPONT:  You bet.

5            MR. LEFFERT:  Can you pull them up again so

6   I can --

7            MR. DUPONT:  Yeah.

8   BY MR. LEFFERT:

9       Q.   Mr. Rahman, we just handed you what's been

10  marked as Exhibit 6.

11      A.   Yes.

12      Q.   And I'll represent to you that this a

13  spreadsheet from the Interphase bank account.

14      A.   Yes.

15      Q.   And this shows a series of payments from

16  Interphase to a variety of places.  But there are a

17  number of -- no the tax returns.

18           MR. RESNICK:  Ah, okay.

19  BY MR. LEFFERT:

20      Q.   There are a number of places here that show

21  the account holder as Sabira Arefin and Ashfaq Rahman.

22  Like for example, I don't know, five or six lines

23  down.  Do you see that?

24      A.   Yes.

25      Q.   What bank account is that?



ASHFAQ RAHMAN                                                April 18, 2023
ONEMATA CORP. vs RAHMAN                                              43

```
 1        A.   Which one?

 2        Q.   The one on November 3, 2021, Interphase,

 3   $115,000, oops sorry, $7,500.  What bank account is

 4   that?

 5        A.   Which line item?  I don't see it.

 6        Q.   I just told you, November 3rd.

 7        A.   Which one?

 8        MR. RESNICK:  I'm not sure he said November

 9   3rd.  I'm not sure if it's this one or this one.  So

10   just -- Tony?

11             MR. LEFFERT:  Yeah.

12             MR. RESNICK:   There's two entries here for

13   November 3rd.  Which one are we talking about?

14             MR. LEFFERT:  The one for $7,500.

15             MR. RESNICK:  Okay.  $7,500.  I'm sorry.  I

16   see one here for $3,500 and $1,000.  Maybe I'm

17   mistaken or maybe it's not the date.

18             MR. LEFFERT:  It's at the top.

19             MR. RESNICK:  Oh, are they not in date

20   order?  Okay.

21             MR. DUPONT:  They are in date order.

22   November 3, 2021.

23             MR. RESNICK:  Oh, 2021.  Okay.  Here it is

24   Ash.  I see it now.  November 3rd.

25             MR. LEFFERT:  Sorry, it's -- it's November
```



```
 1   8th, I think.
 2              MR. RESNICK:  Oh, okay.
 3              MR. LEFFERT:  It's the one right below it
 4   for $7,500.
 5              MR. RESNICK:  Oh, November 8th, here it is -
 6   - 75 it's got here.  You see that on here?  So that's
 7   the one.
 8   BY MR. LEFFERT:
 9        Q.   What bank account did that go to when it
10   says Sabira Arefin and Ashfaq Rahman?  Chase, right?
11        A.   It's.
12              MR. RESNICK:  Let me make it easier for you.
13              THE WITNESS:  Yeah, so, it should be some
14   bank account at Chase.  You should probably --
15   BY MR. LEFFERT:
16        Q.   Is that the Chase account that was garnished
17   or is that a different Chase account?
18        A.   I don't recall right on top of my head.  But
19   it should be.
20              MR. LEFFERT:  We're going to need to take a
21   break to print out these tax returns.
22              MR. DUPONT:  Okay.
23              MR. LEFFERT:  Can you email them to somebody
24   so we can print them out?
25              MR. DUPONT:  So we're going to take a break
```



```
 1   now?

 2            MR. LEFFERT:  Yeah, we're going to take a

 3   break.  If you can print out these returns I would

 4   really appreciate it.  Thank you.

 5            THE REPORTER:  We are going off the record.

 6   It is now 9:54 a.m.  One second.

 7            (A recess was taken.)

 8            THE REPORTER:  We are back on the record.

 9   The it's 10:05 a.m.

10            MR. LEFFERT:  All right.  So we put up on

11   the screen here, Mr. Rahman, what we will mark as

12   Exhibit 7 and we'll add it to the deposition since you

13   just emailed to us.  We didn't have the opportunity to

14   print it out before now.  We're going to mark this as

15   Exhibit 7.

16            (Plaintiff's Exhibit 7 was marked for

17   identification.)

18   BY MR. LEFFERT:

19       Q.   What is Exhibit 7 that we're looking at.

20       A.   It looks like the tax return.

21       Q.   Well, what do you mean?  Is it the tax

22   return or is it not?

23       A.   Yeah.  It is.

24       Q.   All right.  Did you file this tax return?

25       A.   Yes.
```



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              46

1      Q.   It's not signed.  Can we go to the second

2   page please.  Nobody signed it.

3      A.   We have the signed version we can send you

4   later as well.

5      Q.   Who prepared this return?

6      A.   Accountant.

7      Q.   Who?

8      A.   His name is Bilal.

9      Q.   I need a full name and address please.

10      A.   Okay.  I can provide that.

11      Q.   No, I need it now.

12      A.   I don't have it handy.

13      Q.   Yeah you do.  You got it on your phone.

14      A.   Let me check.

15           MR. LEFFERT:  Let's go back to the top,

16   Jeff.

17           THE WITNESS:  It's Corporate Tech LLC.

18           MR. LEFFERT:  Are you taking this down?

19           MR. DUPONT:  Yeah.

20           MR. LEFFERT:  The name of the company is

21   Corporate Tech LLC that prepared the tax returns.

22   BY MR. LEFFERT:

23      Q.   Who is the individual?

24      A.   Bilal Awan.

25      Q.   Can you spell that for us please.



```
 1        A.   B-I-L-A-L A-W-A-N.

 2        Q.   And what's the address for him?

 3        A.   I'll have to look that up. It's 14509 Dundee

 4   Street, Woodbridge, Virginia.

 5        Q.   All right.  When we go down to the signature

 6   line here Mr. Rahman.  It says self-prepared.  Did you

 7   prepare this tax return?

 8        A.   He did it for us.

 9        Q.   Why does it say self-prepared under the

10   preparer's name.  It says self-prepared.

11             MR. RESNICK:  Objection on form.

12             THE WITNESS:  I'm not sure.

13   BY MR. LEFFERT:

14        Q.   Well, I ask you again.  Did you prepare this

15   return?

16             MR. RESNICK:  Objection, form.

17             THE WITNESS:  I say it like that the

18   accountant prepared it.

19   BY MR. LEFFERT:

20        Q.   Did -- was this -- was this tax return filed

21   with the IRS?

22        A.   This was filed with the IRS.

23        Q.   Okay.  Can we go up to the first page Jeff.

24   All right.  This shows wages, salaries, tips for W-2's

25   were 1,316.47 -- sorry let me start again --
```



ASHFAQ RAHMAN                                            April 18, 2023
ONEMATA CORP. vs RAHMAN                                            48

 1  $1,316,476.

 2       A.   Yes.

 3       Q.   That's what you and your wife earned in

 4  2021.  Correct?

 5       A.   Yes.

 6       Q.   Where did you earn that from?

 7       A.   True Influence.

 8       Q.   And it has cost there -- well, it says other

 9  income -524 -- $524,000.

10       A.   Yes.

11       Q.   What is that?

12       A.   I think it costs or expenses and deductions

13  and so on.

14       Q.   So this has a total income of $792,476.  Do

15  you see that?

16       A.   Uh-huh.

17       Q.   Scroll down please.  You paid in $25,000.

18  Right?

19       A.   Deductions, I think.

20       Q.   Right.  So scroll down.

21            MR. DUPONT:  That's the end of the first

22  page.

23            MR. LEFFERT:  Yep.  Next page.

24  BY MR. LEFFERT:

25       Q.   You had tax of $220,452.  Correct?



1      A.    Yes.

2      Q.    And did you pay in $230,500 in estimated

3   tax?

4      A.    It might have already been deducted by True

5   Influence how much I don't remember exactly.

6      Q.    All right.  Scroll down, Jeff.  This shows a

7   tax refund here.  Do you see that?

8           MR. RESNICK:  What line are we looking at

9   Tony?

10           MR. LEFFERT:  $451.00.

11           MR. RESNICK:  Line 34.

12           THE WITNESS:  Yeah.  It looks like it.

13   BY MR. LEFFERT:

14      Q.    All right.  Where did that tax return check

15   go.  Where was it deposited to?

16      A.    I don't remember, just probably in one of

17   the personal accounts.

18      Q.    What about taxes for 2022.  Had you filed

19   taxes for 2022?

20      A.    Not yet.

21      Q.    Well, they're due today.

22      A.    Yeah, we're receiving an extension.

23      Q.    Can I see your extension?  Can you email us

24   the extension?

25      A.    I don't have it with me right now.  But we



1  haven't filed it.

2      Q.  Mr. Rahman, it's due today.  Have -- are the

3  tax returns prepared for 2022?

4      A.  The accountant is preparing, so whether it's

5  done or not, I don't know.

6      Q.  Do you have copies of them?

7      A.  No.  Not right now.

8      Q.  We're going to need to see them, Jacob.

9          MR. RESNICK:  Send a request for production

10  and we'll get them to you.

11          MR. LEFFERT:  Well, I need them right now.

12  I can't ask him questions about it.

13          MR. RESNICK:  They're not -- you know, if he

14  doesn't have it, he doesn't have it.  I can't

15  (crosstalk).

16          THE WITNESS:  At the time of the production

17  it definitely wasn't due.

18          MR. LEFFERT:  It's due today.  It's due

19  today right now to me.

20          MR. RESNICK:  All right.  But we sent you

21  the requests.

22          THE WITNESS:  I mean, it's not due to the

23  IRS.

24          MR. LEFFERT:  The tax return is due to --

25  must be filed today.



 1          THE WITNESS:  He's filing an extension, I'm
 2   sure.  So.
 3          MR. LEFFERT:  Okay.  Can you contact him and
 4   ask him to send us a copy of the extension?
 5          MR. RESNICK:  Why don't we do that later.
 6          MR. LEFFERT:  Okay.  I want you to do that
 7   later.  Will you see that he does that later Jacob?
 8          THE WITNESS:  Yeah, I can message him.
 9          MR. RESNICK:  You know, he will send an
10   email, you know, I'm not going to guarantee.
11          THE WITNESS:  Yeah.  I'll make sure that he
12   gets its done so.
13          MR. LEFFERT:  All right.
14          MR. RESNICK:  I mean the request only asks
15   for filed returns.  He gave you the filed returns.  I
16   understand your -- your position.  He sends a request;
17   we'll get you the other stuff.
18          MR. LEFFERT:  Okay.
19          THE WITNESS:  Yeah, we got you what you
20   asked for here.
21          MR. LEFFERT:  Well you didn't give me
22   everything I asked for here, Mr. Rahman.
23          THE WITNESS:  The filed returns.
24          MR. RESNICK:  The deposition is going to be
25   long enough gentleman.  Let's just stick to questions



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                        52

 1  and answers please.

 2  BY MR. LEFFERT:

 3      Q.   Let's talk about -- got another question for

 4  you.  Under number 3, request number 3.  Do you have

 5  it in front of you?

 6      A.   Yes.

 7      Q.   We asked for copies of financial statements

 8  prepared by you or for you in the last four years.

 9  Including balance sheet, income statements, and

10  capital accounts.  Do you see that?

11      A.   Yes.

12      Q.   Your response is you say you don't have any

13  financial statements.

14      A.   We don't create any financial statements.

15      Q.   Well, in the last four years, you have made

16  applications for various mortgage loans.  Correct?

17      A.   Yeah, but there's no financial statements in

18  there.

19      Q.   Are you saying that when you applied for

20  your mortgage loans, the lender did not require you to

21  submit a financial statement?

22      A.   They're asking just the income and the bank

23  statements.  As well as -- it's based on the value of

24  the homes.

25      Q.   Mr. Rahman, let me ask you a real specific



 1   question.

 2        A.   Yeah.

 3        Q.   You know what a financial statement is.

 4   Right?  Do you know what a financial statement is?

 5        A.   For business it is balance sheet and income

 6   statement.

 7        Q.   For you.  For personal financial statement?

 8        A.   We don't have any organized financial

 9   statements.

10        Q.   Mr. Rahman, do you know what a financial

11   statement is?

12        A.   I'm not sure.

13        Q.   Okay.  When you applied for the various

14   mortgages against the real property.  That's either

15   owned by you or the LLC's.  Didn't the lenders ask for

16   a financial statement from you?

17        A.   They asked for a lot of documents.

18        Q.   Right.  Did you give them financial

19   statements?

20        A.   I don't remember anything like financial

21   statements.  It's like tax returns, W-2's, and

22   property, and all those things.

23        Q.   So it's --

24        A.   I don't remember any financial statements

25   being asked for.



1      Q.   -- so it's your testimony under oath, you

2    didn't provide any financial statements to any --

3      A.   I don't remember.

4      Q.   Let me finish.  To any lenders in the last

5    four years?

6      A.   I don't remember.  I don't recall.

7      Q.   Next request asks for copies of all

8    documents relating to the preparation, organization,

9    and filing of MaskGene LLC, PeacenHeaven LLC, the

10   Rahman/Arefin Living Trust, BashaBari LLC, Lakemont

11   Property LLC, and Sunshine Irrevocable Trust.  Do you

12   see that?

13     A.   Yes.

14     Q.   You state that -- let me see.  Your answer

15   is, "Without waiving the foregoing objection and

16   consistent with this objection and consistent with

17   this objection Rahman and Arefin provide any

18   responsive document they have and further state that

19   Rahman and Arefin do not presently own or take any

20   distribution from these entities."  Do you see where I

21   have said that?

22     A.   Yes.

23     Q.   You didn't produce any documents for these

24   LLC's.  Why?

25     A.   First of all, I'm not a -- I'm not a



1  manager.  I'm not taking any distribution from those

2  LLC's, and we don't own those LLC's.

3      Q.   Well, you did own them.  You did own the

4  membership interest.

5      A.   No.

6      Q.   Yeah, you did.

7      A.   No.  It's --

8      Q.   Before you transferred --

9      A.   -- the LLC is owned by an irrevocable trust.

10      Q.   Right.  But when you set up the LLC's.  You

11  and your wife were the members.  And then you

12  transferred the membership into trusts at a later

13  date.

14      A.   Irrevocable trust with the distribution

15  trustee in Nevada.

16      Q.   Right.  Right.

17      A.   Yeah.

18      Q.   So when these LLC's were set up you and your

19  wife were the members.

20      A.   Initially, probably.  Yes.

21      Q.   Yeah.  Why didn't you produce any documents

22  about these --

23      A.   Those were set up for estate planning for --

24      Q.   Mr. Rahman, please.

25      A.   -- for the way it is structured with the



ASHFAQ RAHMAN                                                April 18, 2023
ONEMATA CORP. vs RAHMAN                                            56

```
 1   irrevocable trust.
 2        Q.   Please, please, I didn't ask you --
 3        A.   So that was an initial little -- for a short
 4   period of time.
 5        Q.   It wasn't a short period of time.  I'm going
 6   to show you all the dates in a minute.
 7        A.   Okay.  So that irrevocable --
 8        Q.   My question for you is very simple.
 9        A.   Yes.
10        Q.   You didn't produce any documents for these
11   LLC's.  Correct?
12        A.   No.  Because LLC's are a completely
13   different entity.
14        Q.   Please.  Did you produce documents or not?
15        A.   I didn't.  I did some of them.  But not all
16   of them.
17        Q.   Not a single -- not a single document was
18   produced for these LLC's.
19        A.   Yeah, we produced --
20        Q.   Not one.
21        A.   -- the Arefin -- the Rahman/Arefin Living
22   Trust we produced that.
23        Q.   But you didn't produce any documents for the
24   LLC's.
25        A.   For the LLC's.
```



1      Q.   Yeah.

2      A.   I cannot because I'm here in personal

3   capacity.  So I cannot produce documents for LLC's.

4      Q.   Why not?

5      A.   Because the companies are a different

6   entity.

7      Q.   So what?

8      A.   So it's an individual liability company.

9   That's why --

10      Q.   That you owned.

11      A.   Yeah.  You know the concept of LLC's.

12   Right?

13      Q.   Yeah, I know the concept of LLC's.

14      A.   Yeah.  So that's a completely different

15   entity from me.

16      Q.   It doesn't matter it's a different entity.

17      A.   An alter ego theory doesn't apply to none of

18   the LLC's.

19      Q.   Okay.  The bottom line is you didn't produce

20   these documents.  Right?

21      A.   I cannot produce those documents because I

22   don't own them.

23      Q.   Well the trust own them now, right?

24      A.   Irrevocable trust.

25      Q.   Right.  Owns them.  Right?



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              58

```
 1        A.   It's an irrevocable trust.

 2        Q.   Yeah.  I have heard you say that.  I get it.

 3        A.   Yes.

 4        Q.   Several times.  You don't have to say it

 5   again.

 6        A.   Yes.

 7        Q.   And.

 8        A.   Why is this guy laughing?

 9        Q.   Because this is --

10        A.   No.  He shouldn't.

11        Q.   Because you're just making things up.  You

12   know, so here's the thing.  You're the trust -- you're

13   the trustee.

14        A.   No, he -- he should behave himself.

15        Q.   Yeah, and so should you.  Why don't you try

16   telling the truth.

17        A.   Yeah.

18        Q.   Okay.

19        A.   Yeah.

20        Q.   Let me ask you a question.  This irrevocable

21   trust that we talk about.  The Rahman/Arefin Living

22   Trust.  You're a trustee of that trust.  Right?

23        A.   I was the creator of the trust.

24        Q.   And -- and the trustee?

25        A.   Distribution Trustee is Ran Chae trustee.
```



ASHFAQ RAHMAN                                            April 18, 2023
ONEMATA CORP. vs RAHMAN                                            59

1        Q.   Are you a trustee of the -- of the
2   Arefin/Rahman trust?
3        A.   I know Sabira and I were the
4   grantor/creator.  Whether it's called trustee or not.
5   I'm not sure.
6        Q.   So you don't know if you're the trustee?
7        A.   I'm not sure.  I know we were the grantors.
8        Q.   Okay.  So do you know as the trustee you're
9   responsible for the assets that are owned by the
10  trust.  Do you know that?
11       A.   It's a distribution trustee that's -- that's
12  in charge of it.
13       Q.   There is no distribution trustee.
14       A.   There is a distribution trustee.
15       Q.   There is no trustee.
16       A.   There is a Nevada distribution trustee.
17       Q.   Who is it?
18       A.   Ran Chae.
19       Q.   Who is the distribution trustee?
20       A.   A resident of Nevada.
21       Q.   Who?
22       A.   Ran Chae.
23       Q.   Give me the name?
24       A.   R-A-N C-H-A-E.
25       Q.   And who is that?



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                       60

```
 1        A.    She is a resident in Nevada.

 2        Q.    What's her address?

 3        A.    I can find that.

 4        Q.    Is that her full name?

 5        A.    Yes.

 6        Q.    She just has one name?

 7        A.    Yes.  And it is the same for both me and

 8   Sabira.  We are the grantors.  Whether you call it

 9   trustee or whatever.  I don't know.  But the

10   distribution trustee is separate.

11        Q.    What's her address?

12        A.    and for Sunshine Irrevocable Trust I'm not

13   even linked in any way.

14        Q.    Mr. Rahman don't -- listen.

15        A.    Yeah.

16        Q.    Just stop.  I'm going to go through all that

17   with you.

18        A.    Sure.  Sure.

19        Q.    I'm going to show you documents where you

20   are.

21        A.    Okay.  Sure.

22        Q.    Okay.  What's the address for this woman in

23   Nevada?

24        A.    It should be in the documents somewhere but.

25        Q.    It's not.
```



1        A.    2438 Granada Bluff Court, Las Vegas, Nevada

2    89135.

3        Q.    Thank you.  Do you have access to the

4    documents for these limited liability companies?

5        A.    I don't think so right now.  But -- but it's

6    company properties.  The agent for the company  should

7    have it.

8        Q.    Well you are the agent.

9        A.    I'm not.

10        Q.    You're the trustee for the trust.  You

11    should have access to --

12        A.    No.  I'm the grantor.  Whether you call it

13    trustee or grantor mixed up.  The way that it was

14    originally set up.  But.

15        Q.    The document shows you as the trustee.  One

16    of the trustees.

17             MR. RESNICK:  You said trustee.  He said

18    grantor.

19             MR. LEFFERT:  He's both.  Documents show

20    he's both.

21             MR. RESNICK:  I understand that's your

22    position.  But let's not try to argue the point.

23             THE WITNESS:  From the actual documents.

24    From what I understand, we are grantors and then --

25             MR. LEFFERT:  Okay.



1          THE WITNESS:  -- there's a distribution

2    trustee is separate.

3    BY MR. LEFFERT:

4          Q.   Next question.  Five.  We asked for copies

5    of all documents related to or transferring any real

6    estate owned or controlled by you in the last four

7    years.  And all you produced was one quick claim deed.

8    Why didn't you produce documents with respect to the

9    other real estate that you owned or have owned?

10         A.   I don't deal with real estate.  Any real

11   estate thing that's more like a Sabira question.  So I

12   don't know.

13         Q.   She didn't produce them.  Well, this is a

14   joint response you did with your wife.  Right?

15         A.   Okay.

16         Q.   She didn't produce them either.

17         A.   Yeah.  So only the document that could be

18   available to us was the same ones that are available

19   in the public record.

20         Q.   I'm not required to go to the public record

21   to get documents.  You're supposed to produce them.

22         A.   You already -- you already have them, so.

23         Q.   No, we don't.

24         A.   Yeah.

25         Q.   No, we don't.  Why didn't you produce



 1  documents with respect to your Boca Raton home?  Like

 2  the contract, the deed.  Why didn't you produce those

 3  documents?

 4       A.   We aren't carrying them around.  I mean,

 5  they're all in the public records.  Anybody can go and

 6  pull them.

 7       Q.   That's not my question.  I'm not required to

 8  go pull them from the public record.  You're required

 9  to produce them.

10       A.   I -- I don't need to store them.  I don't

11  keep them.

12       Q.   Can you go --

13       A.   They're -- they're a part of public record.

14  So I --

15       Q.   And you're telling me you don't have the

16  deed to the home that you claim as a homestead

17  exemption?

18       A.   If I go dig -- search for it then yes.

19       Q.   But you didn't produce it.  Right?

20       A.   Because it's -- anything that's available in

21  the public record.  I mean.  We --

22       Q.   But you didn't do it.  That's my question.

23  You didn't produce it to me?

24       A.   I pointed you that those are available in

25  the public records and you already showed us that you



 1  had them.

 2       Q.   Mr. Rahman, it's a simple question.   You

 3  didn't produce any records for the Boca home.   Right?

 4       A.   I don't recall.  There might be some

 5  documents.  But I don't recall what -- that --

 6       Q.   What about the house in Washington that you

 7  own with your wife.  Did you produce any records for

 8  that?

 9       A.   Probably not.  But it's the same thing

10  that's on the public records.

11       Q.   Did you produce the records?  You own the

12  home.  You have the records.  Right?

13       A.   Not right now.  It should be somewhere.  It

14  can be gathered, but.

15       Q.   Why didn't you gather it?

16       A.   Because it's on the public -- public record.

17  So I mean, anybody can go in and pull them.

18       Q.   Why didn't you do that?  I'm not required to

19  do it.

20       A.   Anything that's in the part of the public

21  record I didn't -- I didn't think I needed to go and

22  do that work.

23       Q.   Who told you that?

24       A.   That's my assumption.

25       Q.   Well, it's a wrong assumption.  We also



1  asked for in number 7.  Sale contracts, closing

2  sheets, settlement statements, and transfer documents

3  relating to any property that you have owned, directly

4  or indirectly in the last four years.  And you didn't

5  produce any records.  Why not?

6      A.   Because I'm not -- I don't keep them in my

7  custody.

8      Q.   Are they available to you?

9      A.   I don't think so.  But they -- they could be

10  available in various places.  In the public records.

11      Q.   Available to you.  Right?

12      A.   Not in my custody right now.  But -- but I

13  can go search public records and get them.

14      Q.   But you didn't do that did you?

15      A.   No.

16      Q.   I asked you for number 8, copies of all

17  documents relating to securities, stocks, and

18  investment in companies, limited liability companies,

19  corporations, mutual funds, investment accounts, and

20  money market accounts or bond investments owned or

21  controlled by you in the last four years.  Do you see

22  that request?

23      A.   Yes.

24      Q.   So the only thing that you produced were

25  something -- an income produced from Tomahawk



 1  Consulting.  We already talked about your claim that
 2  you still own stock in Onemata.  You produced those
 3  stock certificates.  You produced an operating
 4  agreement for Data Experience.  An amendment to that
 5  and then a -- and articles of organization for Data
 6  Den LLC.  That's what you produced, right?
 7       A.   And for Interphase I think I produced.
 8       Q.   You didn't produce anything for Interphase.
 9  Nothing.  You didn't produce -- you said you owned
10  stock.  Nothing was produced.
11       A.   I think the filing status and or unless
12  Secretary of State incorporation document that should
13  have been a part of that.
14       Q.   It wasn't.  You didn't produce any documents
15  for Interphase.
16       A.   Okay.  I'll check.
17       Q.   We asked for copies of all --
18       A.   Yeah, but no, we produced some.  I think.
19       Q.   I'm telling you --
20       A.   And then the -- like we didn't renew and let
21  the company expire.
22       Q.   Yeah.
23       A.   But that document is there.
24       Q.   I just listed exactly what you produced in
25  response to this request.



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                        67

1        A.    There's definitely some documents for
2    Interphase.
3        Q.    There's nothing in there for Interphase.
4        A.    Oh, there is.
5        Q.    What -- what did you produce for Interphase?
6        A.    Like the filing status or something like
7    that.
8        Q.    No.
9        A.    I'll check but it might be somewhere, but it
10   should definitely be there.
11       Q.    Then I asked for copies of all documents
12   relating to motor vehicles or recreational vehicles
13   owned by you.  Including titles, contracts, and
14   transfer documents in number 9.  Do you see that?
15       A.    Yes.
16       Q.    You didn't produce any documents in
17   response.
18       A.    Yeah.  Because these are things that are all
19   in the public record.  I don't go carry around those
20   records with me.
21       Q.    So the answer is you didn't produce any
22   documents regarding motor vehicles you have owned in
23   the last four years.  Correct?
24       A.    But I answered that we sold all the
25   vehicles.



ASHFAQ RAHMAN                    April 18, 2023
ONEMATA CORP. vs RAHMAN               68

1     Q.   I understand that.  That wasn't my question.

2  I asked for transfer documents, like, when you sold

3  them.

4     A.   Yeah.  I don't have them handy.  Nobody

5  carries around transfer documents.  I mean, those are

6  all public records.

7     Q.   Well, they're not in the public records, Mr.

8  Rahman.  It's not my obligation to go look.

9     A.   Automobile --

10     Q.   Let me ask you this.  In the last four

11  years, have you owned automobiles?

12     A.   Yes.

13     Q.   And you didn't produce any records with

14  respect to those automobiles.  Correct?

15     A.   I don't -- we don't own them right now and

16  that's what I mentioned.

17     Q.   So you didn't produce records.  Yes or no?

18     A.   I didn't produce records because those are

19  all available in the public records.  Which I'm sure

20  you have them.

21     Q.   No, we don't have them because they're not

22  all available in the public records.

23     A.   Yeah, I'm sure.

24     Q.   It's an easy answer for you.  But it's not

25  true.



ASHFAQ RAHMAN                                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                                      69

 1        A.    I'm sure it is.

 2        Q.    Yeah.  We don't.

 3              MR. LEFFERT:  Let me have this one.  Oh,

 4    sorry.

 5              MR. RESNICK:  Are you done with some of

 6    these Tony?

 7              MR. LEFFERT:  Yes.

 8              MR. RESNICK:  Can kind of clean them up.

 9              MR. LEFFERT:  I got it Jeff.

10              MR. DUPONT:  That's number 8.

11              MR. LEFFERT:  Mr. Rahman, we just handed you

12    what's marked as Exhibit 8.

13              (Plaintiff's Exhibit 8 was marked for

14    identification.)

15    BY MR. LEFFERT:

16        Q.    Do you recognize Exhibit 8?

17        A.    Yes.

18        Q.    What is it?

19        A.    It says we don't own or take distribution

20    from the real entities.

21        Q.    Is it an affidavit?

22        A.    Yes.

23        Q.    Who prepared it?

24        A.    Sabira and I.

25        Q.    And is that your signature that appears on



ASHFAQ RAHMAN                                               April 18, 2023
ONEMATA CORP. vs RAHMAN                                              70

1   it?

2        A.   Yes.

3        Q.   And it shows a recording.  Oh, that's for

4   your notary.  Let me ask a question.  I'm going to

5   read what it says and then I'll ask you a question

6   about it.  It says, "I, Ashfaq Rahman, am above the 18

7   years of age, and competent to make this sworn

8   declaration."

9        A.   Yes.

10        Q.   "I do not currently own or take any

11   compensation or distribution from the below entities.

12   MaskGene LLC, Peaceheaven LLC, BashaBari LLC,

13   Lakemont Property LLC, Sunshine Irrevocable Trust."

14        A.   Yes.

15        Q.   Is that a true statement?

16        A.   Yes.

17        Q.   Why was this prepared?

18        A.   It was prepared because you're asking

19   questions about those entities and we don't own them.

20   We don't take distribution from them.  So they should

21   be off limits.

22        Q.   Well, but you are a trustee of a trust that

23   controls these LLC's.  Right?

24        A.   We don't control these LLC's -- I don't

25   control these LLC's.



1        Q.    Who does?

2        A.    I said there's a distribution trustee.  Ran

3    Chae.

4        Q.    So she controls the LLC's?

5        A.    She's the trustee.

6        Q.    So she controls the LLC's?

7        A.    I don't know.  Arguably it could be that

8    Sabira was listed as the manager, but not a member and

9    it's owned by an irrevocable trust.  And yeah.  And

10   LLC is a company -- and Nevada LLC their company is a

11   separate entity from member and there is a charging

12   order of protection.  That's the only immunity for a

13   judgment in Nevada.

14       Q.    How do you know that?

15       A.    That's a law.  That's a statute.

16       Q.    How do you know that?

17       A.    That's a statute.  That's a law.  And it's

18   in the operating arguments as well.

19       Q.    And do you know under Nevada law, transfers

20   can be set aside as fraudulent?

21       A.    It's a very long process.

22       Q.    Not that long.

23       A.    There are many -- many things that need to

24   be proven.  If it's clear and convincing evidence.

25   None of these are true.  And you have to -- there has



1  to be an actual -- actual creditor in existence at the

2  time of the transfer.

3       Q.   No.   That's not true.

4       A.   Yeah.   We know the law pretty well.

5            MR. RESNICK:   Let's not argue with each

6  other.

7            THE WITNESS:   And there is no way to

8  transfer.   There -- there are lots of -- yeah and

9  another entity.   You can take a charging order on the

10 LLC and a distribution that's made to the member.   You

11 can sit for it.   So there's a -- there's all of that.

12 That's the only immunity offered to judgment

13 creditors.

14           MR. LEFFERT:   We'll see about that.

15           THE WITNESS:   Not the LLC's.   And even if

16 you do, I mean, there are also some mortgages and

17 stuff that you can care of.   That's fine.   You can

18 take over Interphase, I'll be happy.

19 BY MR. LEFFERT:

20      Q.   And so that's why you set up the LLC's

21 really.   Wasn't it to avoid the liability --

22      A.   No.

23      Q.   -- to Onemata?

24      A.   No.   No.   We set it up as a business.

25 That's the purpose of an LLC is to do a business.



1       Q.    When did you do your research --

2       A.    Yeah.  And doing a business is not foreign

3    transfer.

4       Q.    Mr. Rahman?

5       A.    Yeah.

6       Q.    When did you --

7       A.    An individual creating business is for

8    business justification it's not for foreign transfer.

9            MR. RESNICK:  Let him ask the question.

10   BY MR. LEFFERT:

11      Q.    Mr. Rahman, when did you do your research

12   about the law in Nevada on protecting assets against

13   creditors?  Did you do that before or after you set up

14   the LLC's?

15      A.    We did -- we have been doing that since

16   2018-'19.

17           MR. LEFFERT:  Okay.  Let's take a look at

18   this exhibit.  What number is this?

19           MR. DUPONT:  9.

20           (Plaintiff's Exhibit 9 was marked for

21   identification.)

22   BY MR. LEFFERT:

23      Q.    Nine.  This is a web page from Mr. John Park

24   --

25      A.    Can you please stop laughing please.



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                      74

 1          Q.   No.

 2          A.   Yeah.  It's inappropriate.

 3          Q.   It's -- he can --

 4          A.   It's inappropriate.

 5          Q.   Okay.  Look.  It's inappropriate to lie in a

 6   deposition under oath too.

 7               MR. RESNICK:  Hold on.  Hold on.  Hold on.

 8               MR. LEFFERT:  Okay.

 9               MR. RESNICK:  We're not just going to start

10   accusing people of lying.

11               MR. LEFFERT:  Well, he is lying.  He is

12   lying.

13               MR. RESNICK:  That's your position.  You can

14   file a motion with the court.

15               MR. LEFFERT:  Right, we will.

16               MR. RESNICK:  And tee up.  I'm sure that you

17   will.  We'll address it then.  But --

18               THE WITNESS:  At the trial, lied about so

19   many things.  Like the bank statements (crosstalk).

20               MR. LEFFERT:  Mr. Rahman, I don't want to

21   hear it.

22               THE WITNESS:  So don't give me all of this

23   bull shit.

24               MR. RESNICK:  I just asked him to stop.

25               MR. LEFFERT:  You had unbiased juries that



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                       75

 1  determine that you committed fraud.

 2            THE WITNESS:  Yeah.  No.  No.  No.

 3            MR. LEFFERT:  Yeah.

 4            THE WITNESS:  You confuse the jury and yeah,

 5  so.

 6  BY MR. LEFFERT:

 7      Q.   All right.  Let's talk about this exhibit.

 8            MR. DUPONT:  I'm going to leave the zoom

 9  call.

10            MR. LEFFERT:  Yeah, you can leave.

11            THE REPORTER:  Because it's causing

12  feedback.

13            MR. LEFFERT:  Sure.

14            THE REPORTER:  If you need it, I'll turn

15  back.

16  BY MR. LEFFERT:

17      Q.   All right.  Do you know John Park, lawyer in

18  Nevada?

19      A.   Yes.

20      Q.   Have you met with him?

21            MR. RESNICK:  Don't answer any questions

22  about what you have spoken to with Mr. Park.  But you

23  can answer that.

24  BY MR. LEFFERT:

25      Q.   Did you meet with him?



1        A.    Yeah.  Over phone.

2        Q.    When was the first time you contacted Mr.

3   Park?

4        A.    First time I contacted him?

5        Q.    Yeah.

6        A.    I didn't contact him.  I think it was

7   through some references, introductions, and Sabira --

8   to Sabira.

9        Q.    When was that?

10       A.    I think it was 2019 or something.  I don't

11  remember when.  But Sabira was handling it.  So it's a

12  better question for her.

13       Q.    This is -- I'll represent to you that these

14  are some pages from Mr. Park's web site.

15       A.    Yes.

16       Q.    Did you understand that he markets himself

17  as a Las Vegas Asset Protection Attorney?

18       A.    He's marked in a lot of categories.  High

19  net worth, Nevada business and contracts.

20       Q.    Mr. Rahman, can you just answer my question.

21       A.    Yes.

22       Q.    I'm not asking you to just say whatever

23  comes in your mind.  Just answer my question.

24       A.    Yeah.  What was the question?

25       Q.    The question was did you understand that one



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          77

 1  of the services that he offers is as Las Vegas Asset
 2  Protection Attorney?
 3      A.   I didn't go to his web site.  But --
 4      Q.   That wasn't my question.
 5      A.   Yeah.
 6      Q.   My question was did you understand that he
 7  was an attorney that helped people protect assets?
 8      A.   It's one of the things he does.
 9      Q.   Okay.
10      A.   But I think (inaudible).
11      Q.   And you knew that when you went to him.
12  Correct?
13      A.   We went to him for estate planning.
14      Q.   Have you seen this web site before?
15      A.   I don't recall.  We checked his online
16  profile but.
17      Q.   You checked his what?
18      A.   For online profiles and different large
19  directories and stuff.  But I don't remember this web
20  site.
21      Q.   And when you came upon his profile.  What
22  were you searching for?
23      A.   I wasn't searching.  I didn't get him by
24  searching.  We -- we got him through some reference.
25      Q.   Why?  I'm trying to find out why you went to



ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                        78

 1   him.

 2        A.   Because -- I didn't go to -- go to him in

 3   the first place.  Sabira found him -- found him

 4   through some references.

 5        Q.   Why did Sabira go to him in the first place?

 6        A.   For structuring the rentals as businesses as

 7   well as for asset planning.

 8        Q.   Asset planning and also asset protection?

 9        A.   No.  It was for business.

10        Q.   That wasn't the reason?

11        A.   For structuring businesses.

12        Q.   Did you go to him because he was somebody

13   that could help you with asset protection from

14   creditors?

15        A.   No.  And we didn't have any creditors and

16   there was no reasonable chance of thinking that there

17   would be in the future either.

18        Q.   Well, the complaint was filed against you on

19   December of 2020.

20        A.   Yeah.  And that's part of your many

21   testimonies, settlement discussions, and it was trial

22   testimony.  There was no chance whatsoever that we

23   would have to pay anything.

24        Q.   Well, apparently that's wrong.

25        A.   No.  Because you repeatedly -- repeatedly



```
 1   stated a number of times that the value at the time of

 2   the acquisition was 2.6 million.

 3        Q.   Oh, Mr. Rahman. Stop.  Stop.  Stop.

 4        A.   Out of the two million was paid, so you owe

 5   us money.

 6        Q.   Jacob, Jacob, come on.

 7        A.   You owe us money.

 8        Q.   Jacob let's take a break.  Can you talk to

 9   him?

10             THE REPORTER:  We are off the record.  The

11   time is 10:36 a.m.

12             (A recess was taken.)

13             THE REPORTER:  We are back on record.  It's

14   10:38 a.m.

15   BY MR. LEFFERT:

16        Q.   On exhibit 6, and if you would go to towards

17   the bottom.  There's a payment in November of 2022

18   from Interphase to the Law Office of John Park.  It's

19   highlighted in gray.

20        A.   Yes.

21        Q.   Do you see that?

22        A.   Uh-huh.

23        Q.   Why did Interphase pay --

24        A.   How much was it for?

25        Q.   It's on there.  Why did Interphase pay John
```



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          80

1  Park $900?

2       A.   That was for contracting about the business

3  and business law or contracting.

4       Q.   It said payment to law firm to John Park

5  which created the -- I can't quite read that.  Notice

6  of Transfer Agreement.  Right?

7       A.   Yes.

8       Q.   I'm going to show the Notice of Transfer in

9  a minute.  But why is paying his bill?

10      A.   Because he was -- he was doing consulting

11 for various businesses as well.

12      Q.   Why is Interphase paying his bill?  That

13 wasn't work for Interphase.

14      A.   I think they may have done some renewal of

15 filing or something like that or yeah.  Or structuring

16 the company some advice related to that as well.

17      Q.   No, my question is why is Interphase paying

18 the bill for the LLC's?

19      A.   If it is for the purpose of the business

20 then it probably was.  I have to dig down and it was

21 quite long ago.  So I don't clearly remember.  But it

22 was -- if it's to serve a purpose, a business purpose.

23 Then it could be.

24      Q.   What business?  Business purpose of what?

25 The LLC's?



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                      81

1        A.    For Interphase.  If it was --

2        Q.    The notation is not for Interphase.  It's

3   for a notice of transfer for the LLC's.

4        A.    That's -- I think it -- it was something

5   related to Interphase as well.  In terms of the

6   company formation and stuff.  The notation could be a

7   -- a little summary but it might have been a lot

8   broader.

9        Q.    You don't know.  Do you?

10       A.    I don't remember all these transactions,

11  each individual transaction that were some years ago

12  or whatever.

13       Q.    Mr. Rahman, isn't it true that you're paying

14  bills for yourself and your wife out of the Interphase

15  account?

16       A.    Yeah, you can take it away.  I mean if you

17  want to pay half a million dollars in liens.  If you

18  can pay that off --

19       Q.    Mr. Rahman --

20       A.    -- you can take it over.

21       Q.    I had a different question.

22       A.    Yes.

23       Q.    It didn't have to do with anything the

24  question.

25       A.    Yes.



1    Q.   The question is you're paying personal

2  expenses for you and your wife out of the Interphase

3  account.

4    A.   I took the extra and just needed to sell the

5  business.

6    Q.   But you're paying other personal expenses

7  for you and your wife.  Right?

8    A.   To be honest, of the business, like if I

9  have to spend some on some purpose.  If it is a food,

10  like, I need to live to go to run the business.  So.

11    Q.   Okay.

12    A.   So that's how we categorize -- we probably

13  categorize it.

14    Q.   Okay.  So when we subpoena and get the

15  Interphase bank accounts.

16    A.   Yes.

17    Q.   We won't find any personal expenses paid on

18  behalf of you or your wife.  Right?

19    A.   I mean, I have to run the business for that

20  I have to live.  So they can be categorized as

21  business -- business expense.

22    Q.   But they're also living expenses for you and

23  your wife out of Interphase.  Right?

24    A.   Interphase, like business operation is done

25  from the place.  So they could be living.



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                      83

1        Q.   I'm talking about personal expenses.

2        A.   The personal expenses are tied to the

3    business and if you want to go after Interphase feel

4    free and pay them -- pay the lien like their half a

5    million dollars or whatever.  Yeah, I'll be happy.

6        Q.   I want to ask you some questions about --

7        A.   And this doesn't even exist.  The company

8    has expired.

9        Q.   Interphase is expired?

10       A.   The (inaudible) is expired and we don't plan

11   -- we don't plan to renew.

12       Q.   Well how is it you're conducting your

13   business that you testified to earlier?

14       A.   I was.  But we don't plan to do that anymore

15   because it's becoming extremely hard.  I don't plan to

16   do that anymore.

17       Q.   Mr. Rahman, you just gave a whole line of

18   testimony about work you're doing for other people.

19       A.   I have been.  But I'm talking about the

20   future.  In the future, I mean, we have a tough time

21   ahead with Interphase.  With all the loans that are

22   piling up and there is no way to pay them.

23       Q.   Today --

24       A.   We are shutting, yeah.

25       Q.   -- are you doing any work as of right now



```
 1   for anybody else?
 2            MR. RESNICK:  Objection.  Do you mean -- you
 3   talking about Interphase?
 4            MR. LEFFERT:  For anybody that he's
 5   personally work -- doing work for.
 6            THE WITNESS:  I'm not personally, it's
 7   company that's doing the work.
 8   BY MR. LEFFERT:
 9        Q.   What company?
10        A.   Interphase.
11        Q.   You just said you're not going to do any
12   future work with Interphase.
13        A.   Well that's -- that's something we're
14   exploring.  Yes.  Because --
15        Q.   All right.  I got it.  I don't want to hear
16   anymore.
17        A.   Yeah.  And you'll see that right away.  You
18   do a lien search and you'll see it.  There's six,
19   seven --
20        Q.   I want to ask you a different question.
21        A.   -- six or seven different types of liens
22   coming out.  So.
23        Q.   I want to ask you some questions about some
24   of these entities --
25        A.   If you want to take this over this company
```



1  then we'll be happy.

2        MR. RESNICK:  Ash, please just wait for the

3  question.  Okay.  And then answer the question only.

4  Please.

5  BY MR. LEFFERT:

6        Q.   I'm want to ask you some questions about

7  some of the corporations and companies that you have

8  been associated with.  Okay.

9        A.   Yeah.

10        Q.   We just talked about Interphase.  I want to

11  ask you do you know when that company was created?

12        A.   Probably 2007 or something.

13        Q.   And who created it?

14        A.   Sabira and I.

15        Q.   Where was it created?

16        A.   In the State of Washington, I believe.

17        Q.   Are there bylaws for Interphase Corporation?

18        A.   There should be.  There could be.

19        Q.   Well, are there or are there not?

20        A.   There must have been.  But it's been so long

21  ago that I don't have access to them right now.

22        Q.   Have there been any other shareholders of

23  Interphase besides you and Sabira?

24        A.   As I said we had like Akm.

25        Q.   With respect to that company now.  Who are



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                      86

1  the officers or directors?

2      A.   There's no officers or directors formally.

3  I mean, just -- it's just and entity, a corporation.

4  And me and yeah, and Akm.

5      Q.   Mr. Rahman, a corporation has to have

6  officers and directors.  Who are the officers and

7  directors of Interphase?

8      A.   Me.

9      Q.   Are you controlling the company then?

10      A.   That depends on the definition of control.

11  What do you mean?

12      Q.   Are you directing its activities?

13      A.   I'm not the only person directing its

14  activities.

15      Q.   Are you one of the people directing?

16      A.   One of them.  Yeah.

17      Q.   All right.  At the time Interphase was

18  started, did you put in any cash money as capital to

19  start Interphase?

20      A.   We probably did.  We don't remember it was

21  like 15-16 years ago.

22      Q.   Mr. Rahman, at the time you started

23  Interphase, did you put in any -- any capital to start

24  the company?

25          MR. RESNICK:  Asked and answered.



1              MR. LEFFERT:  He didn't answer the question.

2              MR. RESNICK:  He said he doesn't know.

3              THE WITNESS:  As I said, it was 16 years

4    ago.  I don't exactly remember.

5    BY MR. LEFFERT:

6        Q.   Does the company have any assets now?

7        A.   It has a lot of liabilities.  It doesn't

8    have any assets.

9        Q.   Does it have any contracts with any

10   customers?

11       A.   It has -- yeah, it does, a few contracts.

12       Q.   With who?

13       A.   The ones that I talked about Nifty Quarters

14   and NybSys.

15       Q.   All right.  Is Interphase owed any money --

16   is Interphase owed any money by any person or entity?

17       A.   No.  But Interphase owes a lot of money to

18   other lenders.

19       Q.   I didn't ask you that.

20       A.   Okay.

21       Q.   Does Interphase hold regular meetings of

22   shareholders?

23       A.   No.

24       Q.   I want to talk to you about Device IQ.  Do

25   you know that company?



ASHFAQ RAHMAN                                           April 18, 2023
ONEMATA CORP. vs RAHMAN                                            88

```
 1        A.   Yes.

 2        Q.   When was it created?

 3        A.   I think that's a Sabira question.  I never

 4   (crosstalk).

 5        Q.   Do you know the answer?

 6        A.   I think it was 2015, 16, or something like

 7   that.

 8        Q.   Who created it?

 9        A.   2016 or 17.  Sabira created it.

10        Q.   Is there operating -- I'm sorry.  Was there

11   a -- sorry.  Were there bylaws for that company?

12        A.   There must have been.

13        Q.   Were you a shareholder of the company?

14        A.   No, it was Sabira.

15        Q.   Do you have an officer or director of the

16   company?

17        A.   No.  Not that I can think of.

18        Q.   Have you had any involvement in the company

19   other than taking the money of it's account?

20        A.   Device IQ was running a couple a deals like

21   only the (inaudible).

22        Q.   Okay.

23        A.   And as a part of the Onemata transaction

24   those deals got transferred over.

25        Q.   So you were involved in that with Device IQ?
```



ASHFAQ RAHMAN                                                 April 18, 2023
ONEMATA CORP. vs RAHMAN                                              89

```
 1        A.   At that time, I had some involvement, yes.

 2        Q.   Does it have any assets now?

 3        A.   No, not right now.

 4        Q.   Does anyone owe Device IQ money?

 5        A.   No.  Anybody owes -- no.  I don't think so.

 6   I don't know.

 7        Q.   Let's talk about Insperity, I-N-S-P-E-R-I-T-

 8   Y.

 9        A.   Yes.

10        Q.   Do you know that company?

11        A.   Yes.

12        Q.   Who is that company?

13        A.   That's a payroll processor for Selerity.

14        Q.   Okay.  The payroll processor?

15        A.   Yes.

16        Q.   Have you ever been an owner of Insperity?

17        A.   No.

18        Q.   Let's talk about Selerity Inc.

19        A.   Yes.

20        Q.   Do you know that company?

21        A.   Yes.

22        Q.   Who is that company?

23        A.   I was the chief scientist of the company.

24        Q.   I'm sorry?

25        A.   I was the chief scientist of the company for
```



ASHFAQ RAHMAN                                         April 18, 2023
ONEMATA CORP. vs RAHMAN                                          90

1   many years.

2        Q.    Okay.  Is it a corporation?

3        A.    I don't remember.  Probably.

4        Q.    Who created it?

5        A.    It was created by Ryan Terpstra or yeah.

6        Q.    Who?

7        A.    Ryan Terpstra, the colleague.  I was already

8   involved with discretion.

9        Q.    You're telling me you have never been a

10  shareholder of Insperity?  I'm sorry.  Of Selerity

11  Inc.

12       A.    I was, yeah, I had a little bit of share.

13  But that company raised a lot of money so it was

14  diluted too way little.

15       Q.    You were a shareholder of Selerity?

16       A.    Minority shareholder.

17       Q.    All right.  And were an officer or directors

18  of that company?

19       A.    I was the chief scientist. so.  But in terms

20  of -- I can't comment exactly about officer or

21  director status.  But, yeah.

22       Q.    When Selerity Inc was created.  Did you

23  contribute any capital to it?

24       A.    No.

25       Q.    Does it have any assets now?



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          91

1        A.    The company got sold.

2        Q.    And when the company got sold, who did it

3   get sold to?

4        A.    Ion Group.

5        Q.    I'm sorry.

6        A.    Ion Group.

7        Q.    Can you spell that?

8        A.    I-O-N.

9        Q.    How much was it sold for?

10       A.    22.3 million something.

11       Q.    And when it was sold.  Did you receive any

12  money for your stock?

13       A.    Some money.

14       Q.    How much?

15       A.    A couple hundred thousand dollars, I guess.

16       Q.    And is Selerity Inc --

17       A.    But I always had high income from Selerity

18  through the years before, so.

19       Q.    Okay.  So does Selerity Inc owe you any

20  money?

21       A.    No.

22       Q.    Did the company that acquired Selerity Inc

23  owe you any money?

24       A.    No.

25       Q.    What happened to the money that you got from



ASHFAQ RAHMAN                                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                                          92

1   the purchase of Selerity?

2        A.    That was like four or five years ago.

3        Q.    I don't care.

4        A.    Yeah.

5        Q.    What did you do with it?

6        A.    I mean, paid off living expenses, I guess.

7        Q.    You don't know?

8        A.    Paid off living -- paying living expenses.

9        Q.    Do you know a company by the name of Team

10  Link Corporation?

11       A.    Yes.

12       Q.    Who is that company?

13       A.    That's also the company that was managing

14  Selerity.

15       Q.    What do you mean managing Selerity?

16       A.    They outsource like the payroll and HR and a

17  lot of stuff and that's why this name shows up.

18       Q.    Have you ever been an owner of Team Link

19  Corporation?

20       A.    No.

21       Q.    I want to ask you some questions now about

22  some limited liability companies.  Some of which we

23  have already named.  Okay.  The first one MaskGene

24  LLC.  Are you familiar with that LLC?

25       A.    Yes.



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                    93

1          Q.    When was it created?

2          A.    I think sometime in 2019.

3          Q.    Who created it?

4          A.    I think Sabira created it.

5          Q.    Did you -- were you one of the people that

6    created it?

7          A.    Sabira created it.  I don't think I created

8    it.  But --

9          Q.    Where was it created?

10         A.    Nevada.

11         Q.    Were you a member of that company?

12         A.    Initially, at the time of the creation,

13   probably.  But I don't clearly remember what happened.

14   But I -- but the way it was structured, it was always

15   supposed to be structured as a business so.

16         Q.    I just asked if you were a member.  Were you

17   a member?

18         A.    I'm not a member.

19         Q.    Were you a member?

20         A.    I don't remember because it was --

21         Q.    You answered the question.

22         A.    -- for temporary -- for asset purpose.

23         Q.    I heard you.

24         A.    Initially, there was several phases it had

25   to go through.



1        Q.   I have heard this --

2        A.   The process that could have happened.  But.

3        Q.   That's about the fifth time I have heard

4   that.

5        A.   Yes.

6        Q.   I don't need to hear it anymore.

7        A.   Yeah.  So that --

8        Q.   I have exact dates.  So we will talk about

9   it.

10       A.   So that's -- that's how it happened.  So I

11  cannot have a yes, no answer to these types of --

12  subjective questions.

13       Q.   I asked you if you were a member and the

14  answer is yes.  That's all I need.

15       A.   Yeah.  But you are asking questions that

16  cannot be answered in a yes, no.

17       Q.   Okay.

18       A.   Those are subjective questions.

19       Q.   Let me ask you something.  Did MaskGene LLC

20  have an operating agreement?

21       A.   It should.

22       Q.   At the time MaskGene LLC was created, who

23  were the members?

24       A.   I don't remember.  But my answer is the

25  same.  You're asking a yes or no type of question.



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              95

```
 1   But my answer is --

 2        Q.   Was your wife a member?

 3        A.   None of us are members.

 4        Q.   Was she a member at the time it was created?

 5        A.   I don't remember.

 6        Q.   At the time --

 7        A.   At the time -- when -- when we created --

 8        Q.   Please stop.  Please stop.

 9        A.   Yeah.

10        Q.   At the time MaskGene LLC was created, did

11   you or your wife put in any capital to start the LLC?

12        A.   I don't recall.  That's a Sabira question.

13        Q.   And at the time it was created, what was the

14   purpose of MaskGene LLC?

15        A.   For structuring the real estate and rental

16   business as businesses.

17        Q.   I don't know what that means.  Structuring.

18   Was it created to own real estate?

19        A.   Yes.

20        Q.   Okay.

21        A.   Real estate as well as real estate business

22   -- business structuring and not only real estate.  But

23   maybe a bunch of other things.  Yeah.  It's a --

24   Sabira has the best answer for these questions.

25        Q.   What assets did MaskGene LLC ever own?
```



1      A.   MaskGene LLC owns some real estate.  I don't

2  know exactly -- remember exactly which ones.

3      Q.   Does it have any assets now?

4      A.   It could -- it should.

5      Q.   Do you know what they are?

6      A.   It's probably the Arizona home.

7      Q.   I want to talk about Peacenheaven.  Is it

8  Peacehaven or Peacenhaven?

9      A.   Yes.

10     Q.   Which one?

11          MR. RESNICK:  What's the name?  He's asking

12  which name PeaceHaven?

13  BY MR. LEFFERT:

14     Q.   Is it Peacehaven and Peacenhaven LLC?

15     A.   I don't remember right on top of my head.

16  It could be Peacenhaven or Peacenheaven.  Probably

17  Peacenheaven.

18     Q.   Well for our purposes.  We will just refer

19  to it as Peacenheaven right now.  Okay.

20     A.   Okay.

21     Q.   Is there another company by a similar name

22  or is that the same name?

23     A.   It's the same name.

24     Q.   All right.  When was that LLC created?

25     A.   These were created like years ago, many



 1  years ago.  I don't know the exact date when.

 2       Q.   Can you give me a year?

 3       A.   I'm not sure.  That's a Sabira question.

 4  But I know it's some years ago.

 5       Q.   Who created it?

 6       A.   Sabira.

 7       Q.   Where was it created?

 8       A.   Nevada.

 9       Q.   At the time it was created, were you a

10  member or have you ever been a member?

11            MR. RESNICK:  Objection.  Compound question.

12            THE WITNESS:  That's the same answer.

13  BY MR. LEFFERT:

14       Q.   Yes?

15       A.   Okay.  So let me explain.  So at the time we

16  created the LLC.  Based on the business purpose and

17  how it was structured --

18       Q.   Mr. Rahman, this is a very simple question.

19  Were you ever a member of Peace Heaven LLC?

20       A.   I don't remember and my answer is the same.

21  Like the question you're asking it doesn't.

22       Q.   You don't remember?

23            MR. RESNICK:  I don't remember is fine.

24            THE WITNESS:  The question you're asking it

25  cannot be answer with a yes or no answer.  It has to



1   be explained.

2   BY MR. LEFFERT:

3       Q.   It's a very simple question.  I'm only

4   asking if you were ever a member.  That's all.  If you

5   were ever a member.  Yes or no?

6       A.   I don't recall.  It --

7            MR. RESNICK:  Okay.  So then that's fine.

8   So just say that.  Ash.

9            THE WITNESS:  Yeah, because the temporary

10  purpose of creation.

11           MR. RESNICK:  Just say, I don't remember and

12  we'll move on to the next question.

13  BY MR. LEFFERT:

14      Q.   Does Peacenheaven LLC have an operating

15  agreement?

16      A.   It should.

17      Q.   What was the purpose of creating

18  Peacenheaven LLC?

19      A.   It's a real estate -- investment real estate

20  business as well as a rental business, and some estate

21  planning.

22      Q.   To hold real estate?

23      A.   It's not -- it's for rental business.

24      Q.   Does it own any real estate?

25      A.   Yes.



1       Q.   What real estate does it own?

2       A.   It's -- it's probably one of those

3    properties.  The Arizona home or something like that.

4       Q.   Do you recall?

5       A.   I don't recall on the top of my head.  But

6    it should be in the documents.

7       Q.   Well, it should be.  But you didn't produce

8    any.

9       A.   Those are all in the public records and it's

10   (crosstalk).

11      Q.   How am I going to know to go look in public

12   records if I don't (crosstalk).

13      A.   Because your questions make it pretty clear

14   you know all of this.

15      Q.   I don't know all of this.

16      A.   You do.

17      Q.   No, I don't.  I'm asking you if there are

18   other assets it owns which would not be in the public

19   record.

20      A.   No.

21      Q.   What about BashaBari LLC.  Do you know that

22   entity?

23      A.   It's similar too.

24      Q.   I don't know what that means.  Do you know

25   the entity or not?



```
 1             MR. RESNICK:  Yes or no.

 2             THE WITNESS:  Yes, I do.

 3             MR. RESNICK:  Then yes.

 4   BY MR. LEFFERT:

 5        Q.   When was it created?

 6        A.   Some years ago.

 7        Q.   By who?

 8        A.   Sabira.

 9        Q.   At any time have you been a member of

10   BashaBari?

11        A.   I don't recall.  It's the same answer.

12        Q.   Does it have an operating agreement?

13        A.   It should.

14        Q.   At the time BashaBari was created, did you

15   put any capital in to create the company?

16        A.   I don't remember.  Sabira could have.  But

17   yeah.

18        Q.   What was the purpose of the entity?

19        A.   Same purpose.  It's a rental business and

20   estate planning.

21        Q.   Does it own real estate?

22        A.   For running rental business.  For

23   establishing a real estate business.

24        Q.   Does it own any -- any assets now?

25        A.   It might own one of those assets.  But I
```



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                       101

 1  don't know like I would have to look at documents to

 2  figure out.

 3      Q.   What about Lakemont Property LLC.  There was

 4  actually two of these.  Do you know either of those

 5  LLC's?

 6      A.   It's a Nevada LLC.

 7      Q.   Well, there's also a second LLC.

 8      A.   That's a -- that's a branch or something

 9  like that.

10      Q.   Okay.

11      A.   But that's owned by the Nevada LLC.

12      Q.   When was that created, that LLC?

13      A.   Same answer.  Some many years ago.

14      Q.   Do you know when?

15      A.   I don't know exactly.  I don't remember.

16      Q.   Who created it?

17      A.   Sabira created it.

18      Q.   Were you ever a member of Lakemont Property

19  LLC?

20      A.   I don?t -- I don't recall because a purpose

21  was never -- it was to create it for business purpose

22  as to (inaudible).

23      Q.   At the time it was created, did you

24  contribute any capital to Lakemont Property LLC?

25      A.   I don't recall.  It could be, but I don't



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                        102

1   recall right now.

2        Q.   What about Ghorbari LLC, G-H-O-R-B-A-R-I

3   LLC?  Do you know that entity?

4        A.   Yes.

5        Q.   What is it?

6        A.   It's another LLC in Nevada.

7        Q.   Who created that?

8        A.   Sabira created it.

9        Q.   When?

10       A.   Some years ago.

11       Q.   You don't know when?

12       A.   Probably that's more recent, I think.  Last

13   year or something like that.

14       Q.   Do you know when last year?

15       A.   I think it was Q4 last year, I think.

16       Q.   So, recent?

17       A.   Yes.

18       Q.   Are you a member of that LLC?

19       A.   Probably.  I have to check.  But I might be

20   a member.

21       Q.   What was the purpose of creating Ghorbari

22   LLC?

23       A.   It was also for the purpose of business,

24   rental business.  But it was pretty much -- I think it

25   was little more generic.



ASHFAQ RAHMAN                                                  April 18, 2023
ONEMATA CORP. vs RAHMAN                                                   103

1        Q.    Does it own any real estate?

2        A.    Not that I know of.

3        Q.    What assets does it own?

4        A.    It doesn't own anything.

5        Q.    What does it do?

6        A.    Nothing has been done with it yet as of now.

7    I think.

8        Q.    No transactions?

9        A.    I don't recall.

10       Q.    No money in and out?

11       A.    I don't recall.  It -- it could be for

12   rental business.

13       Q.    Are you still a member of Ghorbari LLC?

14       A.    I could be.

15       Q.    You don't know?  Is that a no?

16       A.    I'm not sure.  I could be.  I'll have to

17   check.

18       Q.    Is it owed any money by any person or

19   entity?

20       A.    No.

21       Q.    What about ID Map Tech LLC.  Do you know

22   that entity?

23       A.    Yes.

24       Q.    What is that entity?

25       A.    That?s another entity that Sabira created.



ASHFAQ RAHMAN                                                     April 18, 2023
ONEMATA CORP. vs RAHMAN                                                      104

1          Q.    When did she --

2          A.    To create a future ID mapping type of thing

3     that she's been pitching.

4          Q.    When was that created?

5          A.    It was created I think three years ago.  Two

6     or three years ago.

7          Q.    And where was it created?

8          A.    What's that?

9          Q.    Where?

10         A.    Nevada.

11         Q.    Are you now or have you ever been a member

12    of that LLC?

13         A.    I don't think so.  No.

14         Q.    Do you have any involvement with that

15    company?

16         A.    No.  I don't own it.  It's Sabira's.

17         Q.    I didn't ask you if you owned it.  I asked

18    if you had any involvement with it?  Of any kind.

19         A.    I can't recall.

20         Q.    What about Data Den LLC.  Do you have any

21    involvement or have you had any involvement with that

22    LLC?

23         A.    No.  Not that I recall.

24         Q.    What about Data Experience LLC.  Have you

25    had any involvement with that LLC?



1        A.   Yes.

2        Q.   What involvement did you have?

3        A.   It was some project that we (inaudible) for

4   to influence and running some development project.

5        Q.   For True Influence?

6        A.   I'm not sure if there was another project

7   that could be.  But True Influence.

8        Q.   Who created that, Data Experience?

9        A.   Sabira created it.

10        Q.   And have you been -- ever been a member of

11   that LLC?

12        A.   I could be.  I'm not sure.  I might be.

13        Q.   Well.

14        A.   But that company is expired.

15        Q.   Did you ever put any capital into that

16   company?

17        A.   Not that I remember.  But that company is

18   closed and not renewed.

19        Q.   Are you currently buying any data or selling

20   data out of ID Map LLC?

21        A.   Not that I can recall.

22        Q.   What about Sabira, is she buying or selling

23   data out of that company?

24        A.   It's a Sabira question.

25        Q.   I'm not asking that.  I'm asking do you know



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                      106

 1  if she is?

 2          MR. RESNICK:  Do -- do you know the answer?

 3          THE WITNESS:  I'm not sure.

 4  BY MR. LEFFERT:

 5      Q.   Do you live at the house at Boca Raton

 6  address?

 7      A.   Yes.

 8      Q.   Do you live in Washington state?

 9      A.   I lived in the past.  I traveled back and

10  forth a lot.

11      Q.   I want to ask you some questions about some

12  of these trusts that have been created.  Okay.

13      A.   Yes.

14      Q.   I want to start with Rahman/Arefin Living

15  Trust.

16      A.   Yes.

17      Q.   Okay.  Do you know when that trust was

18  created?

19      A.   It was many years ago.

20      Q.   Do you know when?

21      A.   Probably 2019 or something.

22      Q.   What was the purpose of the trust that was

23  created?

24      A.   That's a better question for Sabira.  But --

25      Q.   You already testified, you're one of the



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              107

1   grantors of the trust.

2        A.   Yes.

3        Q.   Okay.  Well, so you should know what the

4   purpose of it being created was.

5        A.   Yeah, but I -- it was some many years ago.

6   So I -- I cannot say exactly.  But the trust document

7   shows I think that we share that as well so.

8        Q.   Do you know what the purpose of the trust

9   was when it was created?

10        A.   It was -- it was for estate planning

11   purpose.

12        Q.   Besides that can you be more specific.  What

13   was the purpose?

14        A.   It was primarily created for -- it was

15   purely created for estate planning and yeah.

16        Q.   Does it own any assets now?

17        A.   It owns the Florida home.

18        Q.   It owns the Florida home?

19        A.   It owns the Florida home under homestead.

20   Yeah.

21        Q.   Does it own any other assets?

22        A.   Not that I recall.  No.

23        Q.   You testified you were a grantor.  Were

24   there any other grantors?

25        A.   No.



1        Q.    Who were the trustees of the trust at the

2   time it was created?

3        A.    Trustees of the trust?

4        Q.    Yeah.

5        A.    I think Sabira and I have the -- are the

6   trustees.

7        Q.    Who are the beneficiaries of the trust?

8        A.    For that one, my daughter, I guess, and

9   Sabira and I together.  But it's tied to the homestead

10   and (crosstalk).

11        Q.    I just asked you who the beneficiaries were,

12   Mr. Rahman.  That's all I asked.

13        A.    I have to check the trust documents.

14   Probably me, Sabira, and Denali.

15        Q.    All right.  And have there been any

16   activities in the trust since the time of it's

17   creation?  Any transactions involving the trust?

18        A.    I mean, anything related to the home it

19   could be in with -- linked with the trust.  But I

20   don't create those, so I'm not sure.  I don't recall.

21        Q.    Does the trust pay your living expenses for

22   you, your wife, and your daughter?

23        A.    I don't think so.  I'm not sure.

24        Q.    What's the most recent transaction you

25   recall involving this trust?



1          A.   I don't control -- control that trust.  So
2     that's a Sabira question.
3          Q.   I didn't ask that.  I said, what's the most
4     recent transaction you can recall?
5          A.   I can't recall anything because I don't get
6     involved in this.
7          Q.   Well, you're one of the trustees, you are
8     involved.
9          A.   I might be trustee, but I don't care to look
10    at day to day transactions or anything.  But that's
11    why I don't concern there shouldn't be any in a long
12    time.
13         Q.   What about banking transactions involving
14    this trust.  Are you aware of any in the last 12
15    months?
16         A.   What about what?
17         Q.   Are you aware of any banking transactions in
18    the last 12 months?
19         A.   With -- with the trust?
20         Q.   Yeah.
21         A.   I don't know.  I can't -- I can't answer the
22    question.
23         Q.   What does ID Map at AI.AI?
24         A.   That's an ID resolution company.
25         Q.   It's a what?



1      A.   It's an ID resolution.

2      Q.   ID resolution.  Is that a company you're

3  involved in?

4      A.   It's not even related to the subject you're

5  talking about.

6      Q.   Are you involved with it?

7      A.   I'm -- I'm not actively involved.

8      Q.   Are you an owner of that company?

9      A.   ID Map, I don't think so.  That's Sabira's.

10     Q.   And you have no involvement?

11     A.   It's Sabira's.

12     Q.   Let's talk about the Sunshine Irrevocable

13  Trust dated June 18, 2021.  Okay.  Are you aware of

14  that trust?

15     A.   What's that?

16     Q.   Are you aware of the trust?

17     A.   I'm aware of this, yes.

18     Q.   All right.  That wasn't in any documents

19  that you produced in this case.

20     A.   No.

21     Q.   Were you a grantor for that trust?

22     A.   I don't think so.  It was Sabira.

23     Q.   Are you a trustee for the trust?

24     A.   I don't think so.  No.

25     Q.   Do you have any involvement with the



1  Sunshine Irrevocable Trust dated June 18, 2021?

2      A.   No.

3      Q.   Do you know anything about it?

4      A.   I -- yeah, I know it's an irrevocable trust.

5  The beneficiary, I mean, yeah.  I'm not a member.  I'm

6  not a manager.  So I can't say anything more about it.

7      Q.   Mr. Rahman, this is a trust.  Were you ever

8  a grantor of the trust?

9      A.   For Sunshine Irrevocable Trust?

10     Q.   Yeah, the Sunshine.

11     A.   I don't recall.  No.

12     Q.   Were you --

13     A.   As far as I know, it should be Sabira only.

14     Q.   Have you ever been the trustee for the

15  trust?

16     A.   No.

17     Q.   Do you know who the beneficiaries are of the

18  trust?

19     A.   Beneficiary for trust?

20     Q.   The trust.

21     A.   I think it the -- Denali, yeah.

22     Q.   Your daughter?

23     A.   Yeah.

24     Q.   Do you know why the trust was created?

25     A.   For estate planning.



ASHFAQ RAHMAN
ONEMATA CORP. vs RAHMAN

April 18, 2023
112

1      Q.   What does that mean, estate planning?

2      A.   For all the people that do estate planning

3  for the same reasons we do estate planning.

4      Q.   Well that's not an answer.  Estate planning

5  is a very general category.  What part of estate

6  planning was it created for?

7      A.   It?s a restructuring as rental business and

8  estate.

9           MR. LEFFERT:  Where is that at?  Where is

10  that at?

11           MR. RESNICK:  The exhibit Interphase.

12           MR. LEFFERT:  Can we pull up that -- that

13  last exhibit Jacob for the Interphase.

14           MR. RESNICK:  I'm not sure what document.

15           MR. LEFFERT:  Yeah, that one.

16           MR. RESNICK:  Oh, this spreadsheet of

17  ledger?

18           MR. LEFFERT: Yeah.

19           MR RESNICK:  Okay.  That's Exhibit 6 for the

20  record.

21           MR. LEFFERT:  Yeah.

22           MR. RESNICK:  Okay.

23           MR. LEFFERT:  Where's it at Jeff?

24  BY MR. LEFFERT:

25      Q.   All right.  So Mr. Rahman if you can go to



```
 1   Exhibit 6.

 2           MR. RESNICK:  Above the gray.

 3   BY MR. LEFFERT:

 4       Q.   Yeah, above the gray bar at the bottom.  It

 5   shows that Interphase Corporation is paying the

 6   Secretary of State filing for the Notice of Transfer

 7   assignments.  Three Notice of Transfer assignments.

 8   Do you see that?

 9       A.   Yes.

10           MR. RESNICK:  Are those amounts for $350.00,

11   Mr. Leffert?

12           MR. LEFFERT:  Yes.

13           MR. RESNICK:  Okay.

14           THE WITNESS:  How much is that for?

15           MR. LEFFERT:  $350.00 each.  Three notice of

16   transfers.

17           MR. RESNICK:  This one and this one.

18   BY MR. LEFFERT:

19       Q.   Do you see that?

20       A.   Uh-huh.

21       Q.   Why is Interphase paying for the Secretary

22   of State fees for Notice of Transfers relating to the

23   trusts and the LLC's?

24       A.   I don't recall those transactions.

25       Q.   But why would Interphase pay those fees for
```



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                  114

1   the trusts or for the LLC's?

2        A.   It doesn't say anything about trusts or

3   LLC's.  It's a Secretary of State.

4        Q.   For the Notice of Transfers?

5        A.   Uh-huh.

6        Q.   Does it have the date for the Notice of

7   Transfer?  I'm going to show them to you in a minute.

8   It's the same date that the payment was made to John

9   Park for the same work.

10       A.   Yeah.

11       Q.   Okay.  Do you know those -- have you seen

12   the Notice of Transfers?

13       A.   I probably have.

14       Q.   Well, Sabira showed them to you last night

15   didn't she?

16       A.   Yeah.

17       Q.   Yeah.  So why is Interphase paying Mr. Park

18   to do these Notice of Transfers?

19       A.   It's just a payment.

20       Q.   Yeah.  But why is Interphase paying it?

21   It's not for Interphase.

22       A.   So, yeah, so those things are recorded as

23   loans I guess or something like that.

24       Q.   So Interphase is loaning money to the trust?

25       A.   To us maybe.  I have to check like how this



1  is structured and all that.

2       Q.   In fact, you are paying your expenses out of

3  Interphase.  Aren't you?  You and Sabira's.

4       A.   Expenses we need to operate.

5       Q.   So Interphase is paying some of the expenses

6  for the trust.  Is that right?

7       A.   It's not any expense for the -- it's some

8  kind of filing fee or something like that.

9       Q.   Right.  Filing fee for the Notice of

10 Transfers.  Right?  Let's take a look at what

11 Interphase was paying for.  Okay.  You have to give a

12 verbal response.

13      A.   Yeah.

14           MR. DUPONT:  Exhibit 10.

15           MR. LEFFERT:  I'm handing you what has been

16 marked as Exhibit 10.

17           (Plaintiff's Exhibit 10 was marked for

18 identification.)

19 BY MR. LEFFERT:

20      Q.   Do you recognize Exhibit 10, Mr. Rahman?  I

21 know you recognize it.  You saw it last night.  Right?

22      A.   Yeah.  I can -- I can see.  Yeah.

23      Q.   In fact, your wife showed you the deposition

24 exhibits I used with her yesterday last night didn't

25 she?



 1        A.    Showed what?

 2        Q.    The deposition exhibits I used with her

 3   yesterday.

 4        A.    Yeah.

 5        Q.    She showed them to you last night.  Right?

 6        A.    I saw some of these.  Yeah.

 7        Q.    Okay.  And did you go through all of the

 8   exhibits --

 9        A.    No.

10        Q.    -- that were used last night?

11        A.    No.

12        Q.    No?

13        A.    No.

14        Q.    Did you look at this one?

15        A.    I just had a brief glance.  But I didn't

16   read through it.

17        Q.    Okay.  So this is a Notice of Transfer where

18   -- well first it's dated -- it was recorded on March

19   1, 2022.  Do you see that in the upper right hand

20   corner?

21        A.    Yes.

22        Q.    Indicates your wife as the grantor and the

23   trustee.  Correct?

24              MR. RESNICK:  Was that a yes?

25              THE WITNESS:  Yeah.  Yes.



ASHFAQ RAHMAN                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                          117

1            MR. RESNICK:  Okay.

2    BY MR. LEFFERT:

3        Q.   So with respect to this trust, the Sunshine

4    Irrevocable Trust dated June 18, 2021.  I asked you

5    about that before and I asked you if you were ever a

6    grantor or a trustee.  Do you know if you were ever a

7    grantor or a trustee?

8        A.   I know I probably could have been a grantor

9    in some of these trusts.

10       Q.   Okay.  So it's transferring --

11       A.   Trustee and grantor with that have been used

12   in the same way.  I don't know.

13       Q.   Okay.  It's transferring the membership

14   interests in BashaBari to the trust.  Do you see that

15   paragraph 4?

16       A.   Yes.

17       Q.   It's also transferring the real estate at

18   5721 122nd Place, Bellevue, Washington.

19       A.   Yes.

20       Q.   And the property at 230 Southwest Clark

21   Street --

22       A.   Yes.

23       Q.   -- Init C-302, Issaquah, Washington --

24   spelled I-S-S-A-Q-U-A-H.  You see that?

25       A.   Yes.  Yeah.



```
 1        Q.   You're familiar with those two pieces of
 2   real estate.  Aren't you?
 3        A.   I'm familiar.  But I don't know them.
 4        Q.   Were you involved in the purchase of those -
 5   - that real estate?
 6        A.   I don't recall.  Those are Sabira's stuff
 7   she does real estate.  But it was many years ago.
 8        Q.   So you didn't have any involvement with
 9   that?
10        A.   Trying -- I don't recall.  Sabira purchased
11   those two.
12        Q.   So on October 28, 2021, you executed a quick
13   claim deed for this -- for the property at 5721 122nd
14   Place, Bellevue.
15        A.   Yes.
16        Q.   You executed a quick claim deed to your wife
17   for that property.  So were an owner of that property?
18        A.   I could have been.  Yeah.
19        Q.   Well were you or were you not?
20        A.   Yes.
21        Q.   Why did you quick claim it to your wife?
22        A.   To structure them as a business.  It's a
23   process that started many years ago.  So there was
24   various stages.  So at that point it was a rental.
25        Q.   How many years ago?
```



```
 1        A.   This is purely a rental business, a rental.

 2        Q.   This was October 28, 2021.

 3        A.   Yeah.  So those are rental businesses.

 4        Q.   All right.  That's not many years ago, is

 5   it?

 6        A.   No.  But the process started a long time

 7   ago.

 8        Q.   All right.  I'm going to hand you a document

 9   now.  Notice and Transfer and Assignment.  Do you see

10   this?

11        A.   Uh-huh.

12        Q.   This is dated 03/01/2022.  Do you see that?

13        A.   July 3rd -- 23rd?

14        Q.   No.  March 1, 2022.  That's when it was

15   recorded.

16        A.   Yeah.  I see it.

17        Q.   In the upper right corner.

18        A.   Yes.

19        Q.   Okay.  And that was just before our original

20   trial date in this case.  Wasn't it?

21        A.   Our trial date was fixed in January or

22   February or something.

23        Q.   The trial date -- the original trial date

24   was March 14, 2022.

25        A.   Yeah.  But it was rescheduled to October.
```



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                      120

1     Q.   Right.

2     A.   Yeah.

3     Q.   But at the time this was filed we didn't

4  know it was going to be rescheduled.  Right?

5     A.   Of course we did because --

6     Q.   No.  We didn't know until March 11th, it was

7  going to be rescheduled.

8     A.   This is March 15th.

9     Q.   This is March 1st.

10     A.   March 15, 2022.

11     Q.   Look in the upper right hand corner.  You

12  can see when it's recorded.  March 1st --

13     A.   The --

14     Q.   -- of 2022.

15     A.   So.

16     Q.   Mr. Rahman, I got a very simple question for

17  you.

18     A.   Yes.

19     Q.   This was just a couple of weeks before our

20  originally scheduled trial date.  Right?

21     A.   That's when it was recorded.

22     Q.   Okay.

23     A.   But the process started a lot earlier.

24     Q.   All right.  Now with respect to this Notice

25  of Transfer.  This indicates that -- if you look at



ASHFAQ RAHMAN                                                                        April 18, 2023
ONEMATA CORP. vs RAHMAN                                                                       121

1   it.  This refers to the Bright Stars Irrevocable Trust

2   dated June 21, 2021.  Do you see that?

3        A.   Yes.

4        Q.   What was the purpose of the creation of the

5   Bright Stars Irrevocable Trust dated June 21, 2021?

6        A.   Estate planning and business rental,

7   business restructuring.

8        Q.   Well, the real estate was already owned in

9   the name of LLC's.  Right?

10       A.   Yeah, and the LLC is owned by the

11  irrevocable trust.

12       Q.   Right.  That wasn't my question.

13       A.   Yes.

14       Q.   Before this transfer to the trust.  The

15  LLC's that are listed in paragraph 4 own various

16  pieces of real estate.  Right?

17       A.   Yes.

18       Q.   Why would you need a trust to run the

19  business?  Why not just run them through the LLC's?

20       A.   People create trusts for estate planning.

21       Q.   Right.  But for what purpose of estate

22  planning?

23       A.   For -- for business purposes.

24       Q.   To avoid paying creditors?

25       A.   We didn't have any creditors and there was -

ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          122

```
 1   -
 2        Q.   Well you do now.
 3        A.   -- there was no chance whatsoever for you
 4   being the creditor.  Because at the trial --
 5        Q.   Well, apparently there is.  Because we are.
 6        A.   At the trial, your own statement repeatedly
 7   proved that --
 8        Q.   Mr. Rahman.
 9        A.   -- that the value of the company was 2.6
10   million dollars.  You paid two million.  You lost
11   $600,000.  It's a very straight forward equation.
12        Q.   Right.  Mr. Rahman.
13        A.   You confused the jury --
14        Q.   You just said.
15        A.   -- you confused the jury.  There's no way
16   they're could have been a seven million dollar
17   judgment.
18        Q.   Well, there is.
19        A.   Yeah, so that's wrong.  That's wrong and the
20   appellate court was corrected.
21             MR. RESNICK:  Please don't argue with each
22   other.  Please don't argue with him.
23   BY MR. LEFFERT:
24        Q.   And you just said there's no way you would
25   get a judgment and you did.
```



ASHFAQ RAHMAN                                             April 18, 2023
ONEMATA CORP. vs RAHMAN                                            123

1        A.    Appellant. Yeah, that's why the appellant

2    court will make a correction.  Because as part of your

3    own statements, you're not looking for a windfall.

4    You made that statement.  Unless you're lying to me

5    right now.  It's to take your trial testimony and the

6    trial statements as true.  You're not looking for a

7    windfall.

8        Q.    You're living in a different world.

9        A.    You're looking for a validation of 2.6

10   million to me, I already paid.  So pay out the

11   $600,000.  Very straight forward equation.  Like

12   forget about all of that.  Forget about all the facts.

13   That's what you -- what your position was.  That you

14   presented at the trial.  So it's very straight

15   forward.  I mean, I don't know why we are even here.

16   It's a very straight forward case.

17       Q.    Because there's a judgment against you for

18   seven million and we're going to collect it.

19       A.    Yeah.  Yeah, I have a colleague who got a

20   judgment of sixty million dollars against him.

21       Q.    I'm sure you do.

22       A.    And the Appellate -- and the Appellate Court

23   reversed it and he got twenty million dollar win after

24   the Appellate.

25       Q.    I wouldn't hold your breath.



ASHFAQ RAHMAN                                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                                       124

1        A.    Yeah.   Yeah.   And I can introduce you to the

2   guy.

3        Q.    Yeah.

4        A.    I can introduce you to -- he sold his

5   company for 750 million dollars afterwards.

6        Q.    It doesn't surprise me you have a colleague

7   that had a judgment against him.

8        A.    Yeah.   And - yeah.

9        Q.    I have a question for you.

10        A.    And after that judgment, he sold his company

11   for 750 million dollars to New Star.

12        Q.    Did you have anything to do with that sale?

13        A.    I had nothing to do with that sale.   But

14   they were a customer.   They were a long time advisor.

15             MR. LEFFERT:   What's our exhibit number?

16             THE WITNESS:   You can talk to him.   He got a

17   sixty million dollar judgment and he (crosstalk) to a

18   230 million dollar win.

19             MR. DUPONT:   The last one was 11.

20             MR. RESNICK:   Correct.

21   BY MR. LEFFERT:

22        Q.    Let's look at number 11.

23        A.    And to your point complex litigation --

24        Q.    Mr. Rahman, I don't want to hear your

25   garbage.   Just please stop.



```
1        A.    Okay.  You're --
2        Q.    Let's look at 11 -- let's look at 11.
3        A.    You tell me -- you tell me what is the
4   garbage.  You made repeated statements in the trial
5   under oath that the valuation is 2.7 million dollars.
6        Q.    Let's take a break.  Let's take a break.
7        A.    How come there's a 100 million dollar
8   damage.
9        Q.    We're going to take a break now.  And we're
10  going to be here into the night if you continue this.
11       A.    I think you're -- you're -- you're
12  instigating this.
13       Q.    You said it three times.
14       A.    You're instigating this.  You're instigating
15  this.
16             MR. RESNICK:  Gentlemen please.
17             THE REPORTER:  We're off the record.  It's
18  11:22 a.m.
19             (A recess was taken.)
20             THE REPORTER:  Back on record.  11:31 a.m.
21             MR. LEFFERT:  So we're looking at this
22       Exhibit 11.
23             (Plaintiff's Exhibit 11 was marked for
24  identification.)
25  BY MR. LEFFERT:
```



 1        Q.    Notice of Transfer recorded March 1, 2022.

 2   And this is a transfer to the Bright Stars Irrevocable

 3   Trust dated June 21, 2021.  Do you see that?

 4        A.    Yes.

 5        Q.    This indicates that the grantors of the

 6   trust are you and your wife, Sabira Arefin.

 7        A.    Yes.

 8        Q.    It indicates that the trustee --

 9        A.    Oh, which document there?

10        Q.    Number 11.

11             MR. RESNICK:   Number 11.  This one.

12             THE WITNESS:   Yeah.  Okay.

13   BY MR. LEFFERT:

14        Q.    This indicates that the trustees of the

15   trust are yourself and your wife.  Do you see that?

16        A.    Uh-huh.

17        Q.    It doesn't indicate any other trustees.

18   Correct?

19        A.    It means the grantor I guess, but trustee I

20   -- I

21        Q.    Well, grantors are paragraph 1.  Paragraph 2

22   identities --

23        A.    Yeah, I'm not sure if they're mixed with

24   each other.  But yeah, that's -- for -- yeah, go

25   ahead.



1      Q.   So you are a trustee of this trust.

2  Correct?

3      A.   I know I'm a grantor.  In terms of trustee,

4  I mean, they could have been using interchangeably.

5  Those two words might -- might have been used

6  interchangeably.  I'll have to check.

7      Q.   They're not used interchangeably on the

8  document.  They're different words in different

9  places.  Right?

10     A.   Okay.

11     Q.   Take a look at the second page.  The second

12 page, you recognize that to be your signature.

13     A.   Yes.

14     Q.   Signed February 215, 2022.

15     A.   Yes.

16     Q.   All right.  And before you signed this, you

17 read this Notice of Transfer.  Correct?

18     A.   Yeah, I did.

19     Q.   Okay.

20     A.   Especially, I guess.

21     Q.   So you understood that you were stating that

22 you're a trustee of the trust.  Correct?

23     A.   Yes.

24     Q.   Okay.  Paragraph 4 then says, "On or about

25 July 23, 2021, the following assets owned by the



1  grantors," which is you and your wife.  "Were

2  transferred to the Bright Stars irrevocable trust."

3  And then the assets owned by you were 100 percent of

4  the membership owned by either of the grantors in

5  MaskGene LLC.  Including any interest grantors owned

6  in any series of MaskGene LLC (San Mateo of MaskGene

7  LLC, Buckskin of MaskGene LLC, Bellevue of MaskGene

8  LLC, and ID Map Asset of MaskGene LLC) were

9  transferred to the trust."  Do you see that?

10     A.   Yes.

11     Q.   So a couple of questions.  So you and your

12  wife were the owners of these LLC's?  Correct?

13     A.   The irrevocable trusts we were the owners.

14  We are not --

15     Q.   Well this is transferring your members

16  interests in the LLC's to the trust.

17     A.   Yeah.

18     Q.   That's what it says.  Right?

19     A.   Yes.

20     Q.   Okay.  And why is ID Map Asset LLC

21  transferring any interest into the trust?  Why is ID

22  Map Asset of MaskGene LLC being transferred?

23     A.   That's a Sabira question.  She --

24     Q.   You don't know?

25     A.   No, that's a Sabira question.



ASHFAQ RAHMAN                                                  April 18, 2023
ONEMATA CORP. vs RAHMAN                                                   129

1        Q.    Have you ever had any involvement with ID

2   Map Asset of MaskGene LLC?

3        A.    No.  Sabira controls.

4        Q.    Okay.  And then it on the bottom it says,

5   "On or about August 12, 2021, the following assets

6   were transferred to MaskGene LLC." And this is the

7   10333 East Buckskin Trail house in Scottsdale,

8   Arizona.  Correct?  That's being transferred to the

9   Bright Stars trust.  Correct?

10       A.    No.  It was transferred to the LLC.

11       Q.    No.  Here -- I'm sorry.  Yes, the Buckskin

12  property was transferred into the MaskGene LLC.

13       A.    Yeah.  And the LLC is owned by the

14  irrevocable trust.

15       Q.    Well this transfers it to the trust, the

16  LLC.

17       A.    The LLC owns the property.  The LLC owns the

18  property.

19       Q.    Right.

20       A.    And the LLC's member is the irrevocable

21  trust.

22       Q.    Now because you transferred it here?

23       A.    It transferred to LLC.

24       Q.    The LLC bought the property and then the

25  membership interest in the LLC was transferred by you



 1   and your wife to --

 2        A.   The irrevocable trust.

 3        Q.   -- the trust.  Right?

 4        A.   Irrevocable trust, yes.

 5        Q.   But originally, this Buckskin property was

 6   owned by you and your wife.  Correct?

 7        A.   Yeah, it was under our name.

 8        Q.   On August -- on August 18, 2021, you and

 9   your wife executed a special warranty deed to MaskGene

10   LLC.  Correct?

11        A.   Yes, yes.

12        Q.   All right.  And then here, MaskGene LLC, you

13   and your wife's membership interest in MaskGene LLC is

14   transferred to Bright Stars irrevocable trust.  Right?

15        A.   Yes.

16        Q.   Okay.  And then the next paragraph is on

17   5th.  In a similar way, it says, "On or about March

18   15, 2022, the following assets owned by the grantors

19   were transferred to the Bright Stars Irrevocable

20   Trust.  100 percent membership ownership owned by

21   either of the grantors in Lakemont Property LLC was

22   transferred to the above irrevocable trust pursuant to

23   an assignment of membership interest of Lakemont

24   Property LLC."  Do you see that?

25        A.   Yes.



1        Q.   So you were a member of Lakemont Property

2   LLC.  Correct?

3        A.   Yes.

4        Q.   You and your wife were members.  And you

5   were transferring that membership interest to the

6   trust.  Correct?

7        A.   Membership, yeah.  It was -- yeah, the

8   Lakemont Property LLC was the assigned by the

9   irrevocable trust.

10        Q.   And the asset that the Lakemont Property LLC

11   owned was 5684 173rd Avenue Southeast, Bellevue,

12   Washington.  Correct?

13        A.   Yes.

14        Q.   And these transfers occurred on March 15,

15   2022.  Correct?

16        A.   That's when the -- it was recorded.  But.

17        Q.   Well, it says -- it says the transfer

18   occurred on March 15, 2022.  It's what it says.

19        A.   It could be.

20        Q.   Okay.

21        A.   I have no idea.

22        Q.   And that was -- that was one day after our

23   trial was originally supposed to start.  Correct?

24        A.   The trial started in October.

25        Q.   The trial was originally scheduled to start



 1  March 14, 2022.  That's when it was scheduled.

 2       A.   Yeah, but so --

 3       Q.   But we didn't --

 4       A.   -- we knew -- we knew about --

 5       Q.   We didn't know it was going to be --

 6       A.   On March 15th, we definitely knew.

 7       Q.   No, on March 15th we knew.

 8       A.   Yes, yes.

 9       Q.   Yes, we found out on March 11th, it was

10  continued.

11       A.   Yeah.  So March 15th, we definitely knew.

12  And this had nothing to do with the trial because we

13  were still 100 percent sure we were going to win.

14       Q.   Of course not.  Nothing to do with the

15  trial.  Okay.  All right.  I'm going to use this one.

16  All right.  Let's talk about -- I don't want --

17            MR. RESNICK:  Oh, yeah.

18            MR. LEFFERT: Let's see.  What's this number?

19            MR. RESNICK:  Twelve.

20            MR. LEFFERT:  Twelve.

21            (Plaintiff's Exhibit 12 was marked for

22  identification.)

23  BY MR. LEFFERT:

24       Q.   I'm going to hand you what's been marked as

25  Exhibit 12.  Do you recognize this exhibit?



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                            133

1        A.    Yes, I see it.

2        Q.    This is another Notice of Transfer dated

3    March 1, 2022.  Do you see that?

4        A.    Yes.

5        Q.    And this is one of the Notices of Transfers

6    that your company paid for.  Correct?

7        A.    What company paid?

8        Q.    The company.

9              MR. RESNICK:  The Interphase.

10   BY MR. LEFFERT:

11       Q.    Interphase.

12       A.    Like it was our personal funds.

13       Q.    What do you mean it was your personal funds?

14   Interphase paid them.  Paid the pay for this transfer.

15   Interphase did.  Not you.

16       A.    But there could be inter transfer between

17   ours and Interphase.  I don't have a full record of

18   that. So I cannot --

19       Q.    So sometimes you co-mingle money with

20   Interphase, personal money with Interphase money?

21       A.    Yeah.  It's not really co-mingling.  I mean,

22   sometimes we -- we could have paid each other various

23   purposes.

24       Q.    Called  co-mingling.

25       A.    Yeah.  Yeah, but whatever Interphase is.



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                        134

1        Q.   Well did that happen sometimes.  Interphase

2   would pay your bills or you would pay Interphase's

3   bills.

4        A.   Interphase runs these businesses and to run

5   those businesses we need to survive.  Like we run

6   those businesses.  So we classify those as.

7        Q.   Interphase runs what businesses?

8        A.   Interphase is a business.

9        Q.   Right.

10        A.   Yeah.

11        Q.   But you just said --

12        A.   To run those businesses and projects, we

13   need to live.  Right?

14        Q.   Right.  So why is it paying the bills for

15   the trust?

16        A.   It's probably like -- it's just probably

17   just a debit card that was used.  But we replenished

18   that some other ways.

19        Q.   So this Exhibit 12 is dated, again, March 1,

20   2022.  And I'm going to read what it says here.  It

21   says, "The grantors of this trust," which is the

22   Paradise Valley irrevocable trust.  Right?

23        A.   Yes.

24        Q.   Sorry, I need to back up for a second.

25   Okay.  Let's go back to the last notice that I asked



ASHFAQ RAHMAN
ONEMATA CORP. vs RAHMAN

April 18, 2023
135

```
 1   you about.  All right.  This is number 11.  Can we go
 2   back to that for a minute?  Do you have number 11, Mr.
 3   Rahman.
 4            MR. RESNICK:  It should be that one right
 5   there.  Nope.  He's got it.
 6   BY MR. LEFFERT:
 7       Q.   Okay.  So with respect to number 11, these
 8   transfers that are being made.  Okay.  The transfer of
 9   you and your wife's membership interest in these
10   MaskGene LLC's.  The transfers of those membership
11   interest into the trust.  Did the trust pay you or
12   your wife anything for the transfer of these
13   membership interest?
14       A.   It is a part of estate planning and we --
15       Q.   Not my question.  My question is did the
16   trust pay you and your wife anything for the transfer
17   of the membership interest in the MaskGene LLC's into
18   the trust?  Did the trust pay you any money?
19       A.   It's not required to because it's a part of
20   the estate planning.
21       Q.   I didn't ask you that.  I asked you --
22       A.   Estate planning.  This is how estate
23   planning works.
24       Q.   Mr. Rahman, it's a very simple question.
25       A.   Yes.
```



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                       136

1      Q.   I want a straight forward answer.  Did the

2   trust pay you anything --

3      A.   I can --

4      Q.   Stop, please, stop.

5      A.   Yes.  Yes.

6      Q.   Did the trust pay you anything for you and

7   your wife's membership interest in the MaskGene LLC's

8   at the time you transferred it into the trust?  Did

9   the trust pay you any money?  Yes or no.

10      A.   It's about -- it was -- I cannot answer it

11   in a yes, no answer.  The answer is more complicated

12   than this.

13      Q.   It's not complicated.

14      A.   It's complicated because --

15      Q.   You either got paid or you didn't.

16      A.   The benefit that we got is estate planning.

17      Q.   I'm not talking about the benefit.

18      A.   Yeah.

19      Q.   I'm saying was any consideration given to

20   you --

21      A.   The  cost of duration is estate planning

22   (crosstalk).

23      Q.   And what is estate planning mean

24   specifically?

25      A.   Estate planning means structure, creating a



ASHFAQ RAHMAN                                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                                  137

1   trust that protected for future for Denali.

2       Q.   All right.

3       A.   Or something like that.

4       Q.   Did you receive any financial consideration

5   for the transfer of your membership interest in

6   MaskGene into the trust?  Did you get any funds,

7   money?  Yes or no?

8       A.   Not immediate funds.  But for -- for long

9   term estate planning structuring as a rental business.

10      Q.   So no money changed hands correct?

11      A.   No it's -- it's -- that's how estate

12  planning works.  So it doesn't --

13      Q.   Mr. Rahman, did any money change hands?

14  Period.

15      A.   No, because --

16      Q.   Okay.  That's all I need to know.

17      A.   -- it's for estate planning.

18      Q.   That's all I need to know.

19      A.   Yeah, but this thing needs to be explained.

20  It's not a yes or no answer.

21      Q.   No it doesn't need to be explained because

22  it's all BS.

23      A.   It's a yes or no answer.

24      Q.   No.  It's not yes, no.  And I'm going to ask

25  you this question numerous times.  So we don't have to



1  fight about this.

2      A.   Yeah.

3      Q.   The question is going to be did money

4  exchange hands.  Okay.  That's all.  All right.  Next

5  question.  At the time the Buckskin property was

6  transferred into MaskGene LLC.  Did MaskGene LLC pay

7  you or your wife any funds for that transfer of that

8  property?

9      A.   It gave the benefit of estate planning.  But

10  no immediate funds were paid.

11      Q.   All right.  So no --

12      A.   And that was unnecessary either because I

13  had (crosstalk) income, so.

14      Q.   I don't care what you think.  Okay.  I don't

15  care what you think.

16      A.   So we didn't become poor by virtue of a

17  transferring.

18      Q.   Okay.  So when you executed the special

19  warranty deed.  You and your wife transferring the

20  property on Buckskin -- East Buckskin Trail in

21  Scottsdale Arizona.  When you transferred that

22  property to MaskGene LLC.  MaskGene LLC did not pay

23  you or your wife any funds or money.  Correct?

24      A.   My answer is the same, so.

25      Q.   No funds?



ASHFAQ RAHMAN                                           April 18, 2023
ONEMATA CORP. vs RAHMAN                                           139

1        A.   No immediate funds were paid.  But it was
2    part of the estate planning.
3        Q.   Okay.
4        A.   That was the consideration that was paid.
5    So it's a long term planning for estate purposes.
6        Q.   Which you have identified no consideration.
7    Estate planning in it of itself is not consideration.
8        A.   That's depending on the rental business.
9    Yeah, and the renal business is consideration.
10       Q.   Okay.  Well we'll let a judge decide that
11   question.
12       A.   Rental business is the -- and even if I --
13       Q.   Mr. Rahman, just stop.
14            MR. RESNICK:  There's no question to answer.
15   BY MR. LEFFERT:
16       Q.   And then the transfer of the property -- the
17   1586 173rd Avenue Southeast, Bellevue, Washington
18   property that was transferred into the Lakemont
19   Property LLC by you and your wife.  Do you recall
20   that?
21       A.   Yes.
22       Q.   Did you or your wife receive any financial
23   money or funds for the transfer of that property into
24   Lakemont Property LLC?
25       A.   My answer is the same.



ASHFAQ RAHMAN                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                    140

```
 1        Q.   So no funds changed hands?
 2        A.   It was structured as a business and estate
 3   planning.  So that was it was an interest in the
 4   business.  I mean, that is the consideration.  So in
 5   terms of the immediate funds, no.
 6        Q.   So no funds changed hands?
 7        A.   No funds exchanged hands.  But the
 8   membership interest and estate planning and the rental
 9   business all together they were the considerations.
10        Q.   Well, you transferred property into a LLC
11   for a rental business and you didn't get any money
12   back.  Right?
13        A.   This is a free country.  You can do whatever
14   you want to do.
15        Q.   Okay.
16        A.   I mean.
17        Q.   Well, no, no.
18        A.   I mean, you can give your money to charity
19   and everything else.
20        Q.   Please understand.  If you want to give your
21   property away you can do that.
22        A.   Yeah.  Absolutely.  It's a free country.
23        Q.   And I can find out if you --
24        A.   And I was rich.  I was making millions of
25   dollars.
```



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          141

1        Q.    Yeah.   I just wanted to find out if you got

2   any money from the sale of the property.   That's all.

3        A.    Yeah.   Yeah.   At the time I had very high

4   income.   So.

5        Q.    And you said no.

6        A.    I didn't become poor.   So I didn't have to.

7        Q.    All right.   So let's go on now to number 12.

8              MR. LEFFERT:   Do you have number 12 there?

9              MR. RESNICK:   Yeah.

10  BY MR. LEFFERT:

11       Q.    This is another one recorded March 1, 2022.

12  And this relates to the San Mateo Way property in

13  Chandler, Arizona.   Okay.   So is that your signature

14  that appears on the second page next to your wife's?

15       A.    Yes.

16       Q.    And did you sign this document?

17       A.    Yes.

18       Q.    Did you read it before you signed it?

19       A.    Probably.   I don't remember.

20       Q.    Okay.   So this says that in connection with

21  this transfer, the grantors of the trust, the Paradise

22  Valley irrevocable trust dated June 21, 2021.   That

23  you and your wife are the grantors of that trust.   Do

24  you see that?

25       A.    Yes.



1        Q.   We haven't talked about this trust yet.

2   Since you're one of the grantors, what was the purpose

3   of creating the trust?

4        A.   The purpose of the trust I've been saying

5   the same thing all along.  It was estate planning

6   purpose and for rental business.

7        Q.   And at the time is was created -- at the

8   time it was created, did you put any assets into the

9   trust?

10        A.   At the time, I don't remember.

11        Q.   When was -- it's dated June 21, 2021.  Is

12   that when it was created?

13        A.   Where does it say?

14        Q.   In the line right here.  The first

15   paragraph.  Paradise Valley irrevocable trust dated

16   June 21 --

17        A.   Yeah.  Yeah.  Yeah.

18        Q.   That was the date it was created.  Correct?

19        A.   Yeah.

20        Q.   Okay.  And it indicates you and your wife

21   are grantors and it says the trustees of the trust are

22   you and your wife.  Do you see that?

23        A.   Yeah.

24        Q.   Who are the beneficiaries of this trust?

25        A.   Paradise Valley?



1        Q.    Yeah.

2        A.    I don't recall exactly.  Could be Denali.

3        Q.    But you don't know?

4        A.    Sabira knows better.

5        Q.    All right.  And paragraph 4, says, "On

6    November -- on or about November 3, 2021, the

7    following assets owned by the grantors."  You and your

8    wife.  "Were transferred to the Paradise Valley

9    irrevocable trust.

10       A.    Yes.

11       Q.    100 percent membership interest owned by

12   either of you in Peacenheaven LLC was transferred into

13   the trust.  Correct?

14       A.    Yes.

15       Q.    And then in paragraph A, on February 4,

16   2022, the following assets were transferred to

17   Peacenheaven LLC.  And that is the property at 3761

18   East San Mateo Way, Chandler, Arizona.  Do you see

19   that?

20       A.    Yes.

21       Q.    So with respect to San Mateo Way in

22   Chandler, Arizona, that was money that you and your --

23   I'm sorry.  That was a property that you and your wife

24   owned.  Correct?

25       A.    Yes.



1      Q.   And you transferred that property by special

2   warranty deed to Peacenheaven --

3      A.   Yes.

4      Q.   -- on February 9, 2022.  Is that correct?

5      A.   February 4, 2022, yeah.

6      Q.   Okay.  Is that correct?

7      A.   Yes.

8      Q.   No at the time you transferred the property

9   on San Mateo, East San Mateo Way into Peacenheaven

10   LLC.  Did Peacenheaven LLC pay you or your wife any

11   money for the transfer of that real estate?

12      A.   My answer is the same.

13      Q.   No.  The answer is no.

14      A.   No, we didn't get cash, but it was

15   structured as a business, rental business, estate

16   planning.  All together those are the considerations

17   and the interest.

18      Q.   I don't know what that means.  Structured as

19   a business, estate planning.  I don't know.

20      A.   Estate planning, the rental business, as

21   well as the interest.  So those things together can be

22   considered as consideration.

23      Q.   On the eve of trial of a fraud case.  Right?

24      A.   There never was a fraud case.

25      Q.   That was the case.



1        A.    Fraud -- fraud things were -- yeah.

2        Q.    That was the basis of the breach of contract

3   claim that was filed against you.

4        A.    It's a breach of contract case.

5        Q.    Okay.

6        A.    Yeah.  And --

7        Q.    All right.  So let's take a look here.  At

8   the time that the membership interest in Peacenheaven

9   LLC was transferred into the Paradise Valley

10  irrevocable trust.  Did Peacenheaven LLC pay you or

11  your wife any money as members for transferring the

12  membership interest?

13       A.    Which one you're referring?

14       Q.    When Peacenheaven LLC who owned the East San

15  Mateo Way property transferred.  When you transferred

16  the membership interest for Peacenheaven LLC into the

17  trust.  Did you receive any money for the transfer of

18  your membership interest?

19       A.    My answer is the same.

20       Q.    Which is no?

21       A.    No cash.  But the consideration was in terms

22  of the estate planning benefits, as well as the

23  business and the interest.

24       Q.    Is there any mortgage against this property?

25       A.    The --



1        Q.   The Chandler, Arizona house.  Is there any

2   property -- is there any mortgage against it?

3        A.   There should be, but it's under a business.

4   Yeah, but yeah.

5        Q.   I don't know what should be means?

6        A.   Yeah.  There -- there are mortgages.

7        Q.   All right.  Against who?  Who took out the

8   mortgage?

9        A.   The mortgage was there all along.  Sabira

10   and I.

11        Q.   So they assumed the mortgage?

12        A.   What's that?

13        Q.   When you and your wife bought this property.

14        A.   Yes.

15        Q.   In Chandler, Arizona.  Did you -- did you

16   borrow money against it?

17        A.   Yeah, that's -- all of our homes have

18   mortgages.

19        Q.   And who is the mortgage company?

20        A.   There are multiple mortgage companies.

21        Q.   Who?

22        A.   Cornerstone Homes, Home Lending, then Home

23   Lien.

24        Q.   You have three mortgages against the

25   Chandler property?



ASHFAQ RAHMAN                                              April 18, 2023
ONEMATA CORP. vs RAHMAN                                              147

1          A.    There could be one or two.

2          Q.    Do you know who the mortgages are against

3     the Chandler property?

4          A.    Against the LLC.  It is a property.

5          Q.    What would you say the LLC or property?

6          A.    What's that?

7          Q.    I don't know why this is so difficult.  Mr.

8     Rahman.

9          A.    Yes.

10         Q.    I'm asking you what mortgages are against

11    this Chandler, Arizona property.  What mortgages are

12    currently against that property?

13         A.    There's a mortgage of a couple million

14    dollars -- a million dollars or whatever.

15         Q.    Who's the lender?

16         A.    Home Lien Corporation.

17         Q.    All right.  Is that the only one?

18         A.    I don't recall any.

19         Q.    What about the Buckskin property.  Is there

20    a mortgage against that property?

21         A.    Yes.

22         Q.    And who is the lender?

23         A.    Same lender.

24         Q.    Who?  Home Mortgage?

25         A.    Yeah.  Home Lien.



ASHFAQ RAHMAN                                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                                    148

1        Q.    Home Lien?

2        A.    Yeah.

3        Q.    Where is that company located?

4        A.    It's located in the West Indies, the

5   Caribbean company.

6        Q.    Why -- why -- why go to a lender in the West

7   Indies for these mortgages?

8        A.    Because there's a lot of flexibility with

9   the way they do it.

10       Q.    I'll bet.  Let me ask you this.  Do you have

11  any affiliation with that lender?

12       A.    No.

13       Q.    Any ownership interests?

14       A.    No.

15       Q.    Have you ever done any work for them?

16       A.    No.

17       Q.    Do you have any relatives there?

18       A.    No.

19       Q.    Any connection at all to the lender.

20       A.    No.  I don't have any relatives.

21       Q.    Other than your company is being borrowers

22  or the trust being borrowers?

23       A.    No.

24       Q.    Who is the loan officer there that you work

25  with?



1        A.    They are multiple people.

2        Q.    Name one.

3        A.    I can't remember on top of my head.  Sabira

4   can answer that better.

5        Q.    What about the house in Bellevue,

6   Washington.  5684 173rd Ave in Bellevue.  Is there a

7   mortgage against that property?

8        A.    I think, yes.

9        Q.    And who's the lender?

10       A.    Same lender.

11       Q.    And what about the properties in Bellevue --

12   Bellevue, Washington?

13       A.    I'm sorry.  You asked about which property

14   previously?

15       Q.    This is 5684 173rd Avenue South.

16       A.    The previous one was which one you asked

17   about?

18       Q.    Buckskin.

19       A.    Oh, so there are Cornerstone Home Lending is

20   one.  Cornerstone Home Lending is the lender.

21       Q.    On Buckskin?

22       A.    Yes.

23       Q.    Okay.  Where are they located?

24       A.    They're -- I don't know their exact

25   location.  They are somewhere -- somewhere in the East



1  Coast, I think.

2      Q.   Well how did you -- where do you contact

3  them?  Did you go through the internet or what?

4      A.   The relator agent who does that.

5      Q.   All right.  How did you find this lender in

6  the West Indies to begin with?

7      A.   That's a Sabira question.  She --

8      Q.   You don't know?

9      A.   -- she found them.

10     Q.   You don't know?

11     A.   No.

12     Q.   The properties in Bellevue, Washington and

13 Issaquah, Washington, 230 Southwest Park Street, 5721

14 122nd Place in Bellevue.  Are there mortgages against

15 those properties?

16     A.   Yes.

17     Q.   And who is the lender?

18     A.   Which one you are asking about?

19     Q.   Either one.  Take them one at a time.  The

20 one in Bellevue.

21     A.   Yes.

22     Q.   Who's the lender?

23     A.   I think that's a Sabira question.  Because I

24 don't own this property anymore.

25     Q.   You don't know?



1        A.    Probably the same company.

2        Q.    Which one?  You have named two so far.

3        A.    Yeah.  So Navy's West Indies company.

4        Q.    What's that?

5        A.    The Navy's West Indies Companies.

6        Q.    What's the name of that again?

7        A.    Home Lien.

8        Q.    Home Lien.  What about the house in

9   Issaquah.  Is there a mortgage against that?

10       A.    I think so.

11       Q.    And who's the lender?

12       A.    So we had different lenders at different

13  times.  But they were consolidated.

14       Q.    Talking about --

15       A.    So right - right now, it's the Home Lien.

16  Same entity.

17       Q.    All right.  What's the amount?

18       A.    I don't remember the exact amount.  It

19  should be in the mortgage documents.  It's probably 90

20  percent of the value of the company -- of the

21  properties.  But that was at the time it was created.

22  Right now the value has gone down.

23            MR. LEFFERT:  So I'm going to hand you what

24  has been marked at 13, Mr. Rahman.

25            (Plaintiff's Exhibit 13 was marked for



ASHFAQ RAHMAN                                          April 18, 2023
ONEMATA CORP. vs RAHMAN                                          152

 1  identification.)

 2  BY MR. LEFFERT:

 3      Q.   Are you aware of this Notice of Transfer and

 4  Assignment?

 5      A.   Yes.

 6      Q.   You are not listed as a grantor or trustee

 7  on this.  But it involves the Cle Elum empty lot and

 8  transfer for $40,000.  Are you aware of either of

 9  these transfers?

10      A.   I'm not -- this is a Sabira thing.

11      Q.   Do you know if there's a mortgage on the Cle

12  Elum lot?

13      A.   I don't know.  Sabira can answer that

14  question.

15          MR. LEFFERT:  Jacob, can we take a quick

16  break for a second.  I'd like to talk to you for a

17  second.

18          MR. RESNICK:  Yeah.  Sure.

19          THE REPORTER:  We are off the record.  It's

20  11:58 a.m.

21          (A recess was taken).

22          THE REPORTER:  We are back on the record.

23  It's 12:58 p.m.

24  BY MR. LEFFERT:

25      Q.   Mr. Rahman, can you look at Exhibit 6 again.



1   This is the -- the bank account summary from

2   Intergraph.

3              MR. RESNICK:   Interphase.

4   BY MR. LEFFERT:

5        Q.    Interphase.  Right.

6        A.    Yes.

7        Q.    If you look at the bottom.  There were two

8   withdrawals from Interphase.  One on November 30th,

9   one on January 1, $116,000 and $114,842, respectively.

10  You see that?

11       A.    Yes.

12       Q.    Who made those withdrawals?

13       A.    I don't remember.  But they're probably

14  legal bills or something.

15       Q.    Legal bills for who?

16       A.    For all the litigation that we did.

17       Q.    For you and your wife?

18       A.    Probably.  But I don't remember exactly what

19  the withdrawal was for.

20       Q.    Well, it says withdrawal.  Who would have

21  been authorized to withdraw, you know, $230,000?  Who

22  would have been authorized to do that?

23       A.    When was it?

24       Q.    One was in November of 2022.  One was

25  January of 2023, a couple months ago.



ASHFAQ RAHMAN                                            April 18, 2023
ONEMATA CORP. vs RAHMAN                                            154

1          A.    Yeah.   That's most likely and there were

2     lots of loans on Interphase.   Half a million dollars

3     loans. Still there are.

4          Q.    No.   These are withdrawals.

5          A.    Yeah.

6          Q.    These are cash.

7          A.    So after the cash came in, then there was

8     some withdrawals and that was used to primarily pay

9     the lawyers.

10         Q.    Lawyers for you and your wife?

11         A.    For the ongoing litigation.   Yes.   And

12    Interphase, by the way.   The note was due to

13    Interphase to look up the loss the transaction.   So.

14         Q.    You mentioned in your testimony that the

15    Rahman/Arefin Trust that you had someone you called a

16    distribution trustee.   Do you recall that?

17         A.    Not on Rahman/Arefin Trust.   It's a

18    distribution trustee for the Nevada trust.

19         Q.    For the Nevada Trust?

20         A.    Yes.

21         Q.    Which one?   There's several.

22         A.    Yeah.   All of them have distribution

23    trustees.

24         Q.    And what was her name again?

25         A.    Ran Chae.



 1        Q.   And I'm sorry.  I didn't get your -- her

 2   address.  Can you give me her address please.

 3        A.   And that's also in public records.  But I'll

 4   look it up.  I'm going to have to charge it.  I need

 5   to charge.

 6             MR. RESNICK:  His phone died.  Can we pick

 7   up the questioning.

 8   BY MR. LEFFERT:

 9        Q.   Did you -- I wonder if he got the --

10             THE REPORTER:  I have to go back.

11             MR. LEFFERT:  What town does she live in?

12             MR. RESNICK:  I know Mr. Rahman spelled her

13   name.

14   BY MR. LEFFERT:

15        Q.   And she only has one name?

16        A.   Yeah.  Ran Chae, that's.

17        Q.   And how is it spelled?

18        A.   R-A-N, first name, last name is C-H-A-E -

19   Chae.

20        Q.   All right.  So she has two names.  Ran is

21   her first name.

22        A.   Yes.

23        Q.   And what -- how do you spell her last name?

24        A.   C-H-A-E - Chae.

25        Q.   C-H-A-H-I?



1          A.    C-H-A-E.

2          Q.    C-H-A-E.  Okay.  Now I noticed from the

3     records of that you're still doing business with Alex

4     Vinogradov.

5          A.    Yes.

6          Q.    And what business are you doing with him?

7          A.    We are building primarily large language

8     models.

9          Q.    For whom?

10         A.    Make sure they're learning AI.

11         Q.    For whom?

12         A.    I've -- I've been building my own product in

13    the Legal Tech space.  And on top of that, there's a

14    couple of computer vision projects that I was doing.

15    Sorry.

16         Q.    So I asked for what customers.

17         A.    The legal tech that I am doing there is no

18    customer for it yet.

19         Q.    I'm sorry.  But let me get this straight.

20    You're doing software for Artificial Intelligence for

21    legal work?

22         A.    That's a new pilot that I'm building.  Yes.

23         Q.    Okay.  And what else is Alex doing for you

24    besides that?

25         A.    That's primarily what he is doing.



ASHFAQ RAHMAN                                           April 18, 2023
ONEMATA CORP. vs RAHMAN                                          157

1        Q.   Okay.  And you are paying him money?

2        A.   Yeah.  He did a lot of work.  Not Alex.  I

3   mean, the team.  Even though the name Alex was up, but

4   it's a -- there's a team.

5        Q.   And is he doing work for any other customers

6   other than the work you described?

7        A.   Not right now.

8        Q.   Okay.  And where is he located?

9        A.   He's located in Kharkiv, Ukraine.

10       Q.   Okay.  And then you're also doing work for

11   Maxim Kerimov with him.  Right?

12       A.   He is doing some work.  Yes.

13       Q.   Okay.  And where is he located?

14       A.   He's in Russia.

15       Q.   And what work is Maxim doing with you?

16       A.   In similar things.  Some data -- data

17   analytics, big data, as well as legal tech.

18       Q.   For what customers?

19       A.   For the legal tech work there is no

20   customer.

21       Q.   All right.  For the others?

22       A.   For the others, it's the same.

23       Q.   I need to know the names of the customers.

24       A.   Names of customers.  I think he's doing work

25   for the NybSys Project.



ASHFAQ RAHMAN                                             April 18, 2023
ONEMATA CORP. vs RAHMAN                                            158

1       Q.   Okay.  Who else?

2       A.   That's it pretty much right now.

3       Q.   Are you aware you're not supposed to be

4    sending money to Russia under the sanctions because of

5    the war?

6       A.   The bank doesn't have -- it's up to the

7    bank.

8       Q.   It's not up to you?

9       A.   Not up to me.  So the bank decides.  I give

10   the information to the bank.  If they decide they

11   cannot, then.

12      Q.   Okay.  We talked about a number of different

13   real properties in this case.  Are there any -- is

14   there any other real estate that you have been

15   involved with in any way in the last four or five

16   years.  Other than what we talked about.

17      A.   I don't think so.

18      Q.   We talked about the trusts in this case.

19   Are there any other trusts that you are involved in --

20   in any way in the last four years other than the

21   trusts we talked about?

22      A.   I don't recall.

23      Q.   You don't recall or are there any others?

24      A.   I think the ones that you see.  I mean,

25   those are the ones.



ASHFAQ RAHMAN                                                    April 18, 2023
ONEMATA CORP. vs RAHMAN                                                    159

1        Q.    That you're aware of?

2        A.    Yeah.

3        Q.    You talk about a number of different limited

4    liability companies.

5        A.    Yes.

6        Q.    Are there any other limited liability

7    companies that you are involved in -- in any way,

8    other than the ones that I have asked you about?

9        A.    All the things -- all the LLC's that you see

10   showing up.  They're the ones.

11       Q.    You're not aware of any others?

12       A.    I don't recall.

13       Q.    You don't recall or are there others?  Are

14   there any that you can think of that I haven't asked

15   you about?

16       A.    No.

17       Q.    Do you own an automobile?  You or your wife?

18       A.    Right now, no.

19       Q.    Do you borrow an automobile?

20       A.    Yeah.  So the last car that we had it's

21   beyond repair.  It will cost more money to so they

22   give us a loaner car.

23       Q.    Who did?

24       A.    The dealership.

25       Q.    Okay.  When was the last time you or your



ASHFAQ RAHMAN                                         April 18, 2023
ONEMATA CORP. vs RAHMAN                                        160

 1 | wife owned a car?

 2 |     A.   It was months ago or a year ago.

 3 |     Q.   What happened to the Ferrari?

 4 |     A.   We sold it.

 5 |     Q.   When did you sell it?

 6 |     A.   Last year.  Last -- year before last year.

 7 |     Q.   How much did you get for it?

 8 |     A.   $160 K or something.

 9 |     Q.   Is it your testimony that neither you or

10 | your wife own any automobiles at this time?

11 |     A.   Yeah.  We don't -- we don't own any

12 | automobiles right now.

13 |     Q.   Are you borrowing an automobile from a

14 | friend?

15 |     A.   Sometimes, yes.

16 |     Q.   What friend?

17 |     A.   We have friends and family here as well as

18 | in Seattle.

19 |     Q.   Well, I need the names.  Whether you're

20 | really borrowing or whether it's yours.  Let me ask

21 | you a different question.  Did you sell any

22 | automobiles to any friends or family?

23 |     A.   No.

24 |     Q.   Or any business acquaintances?

25 |     A.   No, we didn't sell it to any friend or



1  family.

2      Q.   Okay.  Well, I'm not going to be able to

3  finish the deposition because of all the documents

4  that you did not produce.  So that's all the questions

5  that I have at this time.

6           MR. RESNICK:  Oh.  Okay.

7           MR. LEFFERT:  I wanted a chance to review

8  the tax returns that we got for the lunch break.

9  That's why we took a lunch break.

10          MR. RESNICK:  Okay.  Right.  So you reviewed

11 them and you don't have questions about the tax

12 returns?

13          MR. LEFFERT:  I don't have any more.  That

14 one for 2021 is marked.

15          MR. DUPONT:  Yes.  During the break I

16 printed it out and I put the exhibit stickers on it.

17          MR. RESNICK:  Okay.  So yeah.  So in that

18 case, we're going to mark the deposition confidential

19 and the documents.  Especially the documents that

20 contain account numbers and such, social security

21 numbers, dates of birth.  We're going to mark all of

22 that confidential.

23          MR. LEFFERT:  Hold on.  Hold on just a

24 second.  I do have a couple more questions.

25          MR. RESNICK:  Oh, well then.



1   BY MR. LEFFERT:

2        Q.    Mr. Rahman, do you own any securities or

3   brokerages -- brokerage accounts?

4        A.    Not that I can recall.  No.

5        Q.    You don't have any investments in

6   securities, bonds, any kind of investments?

7        A.    No.

8        Q.    Do you have any retirement accounts?

9        A.    Not that I can recall.  Sabira should have

10   one.

11        Q.    Do you have any recreational vehicles,

12   motorcycles, boats?

13        A.    No, I don't.

14        Q.    To your knowledge have you -- has anyone

15   else obtained a judgment against you?

16        A.    No.

17        Q.    To your knowledge, is anyone else making

18   claims against you?

19        A.    No.

20        Q.    What about Out Logic.  Have they made any

21   claim against you?

22        A.    Why would they?  I mean.

23        Q.    Because you stole NybSys information of

24   theirs.  That's why.

25        A.    No.  Never happened.  That's completely



 1  blown up and exaggerated.  And you know that very

 2  well.

 3          Q.   Yeah.  We proved that at trial too.

 4          A.   Yeah.  I'm not claiming a win against you.

 5  Not me.

 6          Q.   Didn't go against me.

 7          A.   I mean, I mean, going against Onemata

 8  (inaudible).

 9          Q.   Okay.  That's all the questions I have for

10  right now.

11          A.   And Out Logic was stealing data.  You know

12  that.

13               MR. RESNICK:  Deposition concluded.  Thank

14  you.

15               THE REPORTER:  So we are going off the

16  record.  It is 1:08 p.m.

17               MR. RESNICK:  We'll read by the way.

18               THE REPORTER:  Yes.  I didn't close out the

19  record and for the record, read or waive?  You'll

20  read.

21               MR. RESNICK:  We'll read.

22               THE REPORTER:  Any transcript orders Mr.?

23               MR. LEFFERT:  Yeah, I want a transcript.

24  What's your normal turnaround time?

25               THE REPORTER:  That I would have to get --



1  have them email you.

2              MR. LEFFERT:  Okay.

3              THE REPORTER:  If you want to expedited?

4              MR. LEFFERT:  Well, I want to know what's

5  your normal turnaround time first and then we will

6  figure out if we want to expedite it.

7              THE REPORTER:  All right.  So I have it --

8  I'll have them email you.

9              MR. LEFFERT:  Okay.

10             THE REPORTER:  And then Mr. Resnick?

11             MR. RESNICK:  Just cc me on the email if you

12 wouldn't mind.

13             THE REPORTER:  Got it.  Thank you.  All

14 right.  So we are now going off the record.  It is

15 1:09 p.m.

16             (The deposition concluded at 1:09 p.m.)

17

18

19

20

21

22

23

24

25



1                      CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF BROWARD

5

6        I, the undersigned authority, certify that ASHFAQ

7    RAHMAN personally appeared before me and was duly

8    sworn on April 18, 2023.

9

10        WITNESS my hand and official seal this 18th day

11   of April 2023.

12

13

14

15                   _____

16                   Fabien Gaboton

17                   Notary Commission Florida HH314370

18                   Commission Expires: September 21, 2026

19

20

21

22

23

24

25



1                    CERTIFICATE OF REPORTER

2

3          I, Fabien Gaboton, a Digital Reporter and

4    Notary Public within and for the State of Florida do

5    hereby certify:

6

7          That the foregoing witness whose examination

8    is hereinbefore set forth was duly sworn and that said

9    testimony was accurately captured with annotations by

10   me during the proceeding.

11

12         I further certify that I am not related to

13   any of the parties to this action by blood or marriage

14   and that I am in no way interested in the outcome of

15   this matter.

16

17         IN WITNESS THEREOF, I have hereunto set my

18   hand this 18th day of April 2023.

19

20         _____

21         Fabien Gaboton

22         Notary Commission Florida HH314370

23         Commission Expires: September 21, 2026

24

25



1              CERTIFICATE OF TRANSCRIPTIONIST

2

3          I, Debra Mervine, Legal Transcriptionist, do

4    hereby certify:

5          That the foregoing is a complete and true

6    transcription of the original digital audio recording

7    of the testimony and proceedings captured in the

8    above-entitled matter.  As the transcriptionist, I

9    have reviewed and transcribed the entirety of the

10   original digital audio recording of the proceeding to

11   ensure a verbatim record to the best of my ability.

12         I further certify that I am neither attorney

13   for nor a relative or employee of any of the parties

14   to the action; further, that I am not a relative or

15   employee of any attorney employed by the parties

16   hereto, nor financially or otherwise interested in the

17   outcome of this matter.

18         IN WITNESS THEREOF, I have hereunto set my

19   hand this 27th day of April 2023.

20

21

22   ___*Debra Mervine*___

23              Debra Mervine

24

25



```
 1                    DEPOSITION ERRATA SHEET

 2

 3   Our Assignment No. J9265894

 4   Case Caption: ONEMATA CORPORATION vs. ASHFAQ RAHMAN

 5   AND SABIRA AREFIN

 6

 7           DECLARATION UNDER PENALTY OF PERJURY

 8

 9           I declare under penalty of perjury that I

10   have read the entire transcript of my deposition taken

11   in the above-captioned matter or the same has been

12   read to me, and the same is true and accurate, save

13   and except for changes and/or corrections, if any, as

14   indicated by me on the DEPOSITION ERRATA SHEET hereof,

15   with the understanding that I offer these changes as

16   if still under oath.

17

18           Signed on the _____ day of _____,

19   20___.

20

21   _____

22   ASHFAQ RAHMAN

23

24

25
```



```
 1   DEPOSITION ERRATA PAGE

 2   Page No._____Line No._____Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____

25                       ASHFAQ RAHMAN
```



ASHFAQ RAHMAN                                      April 18, 2023
ONEMATA CORP. vs RAHMAN                                      170

```
1   DEPOSITION ERRATA PAGE

2   Page No._____Line No._____Change to:_____

3   _____

4   Reason for change:_____

5   Page No._____Line No._____Change to:_____

6   _____

7   Reason for change:_____

8   Page No._____Line No._____Change to:_____

9   _____

10  Reason for change:_____

11  Page No._____Line No._____Change to:_____

12  _____

13  Reason for change:_____

14  Page No._____Line No._____Change to:_____

15  _____

16  Reason for change:_____

17  Page No._____Line No._____Change to:_____

18  _____

19  Reason for change:_____

20  Page No._____Line No._____Change to:_____

21  _____

22  Reason for change:_____

23

24  SIGNATURE:_____DATE:_____

25                      ASHFAQ RAHMAN
```

