# Onemata Corporation
## Summary
### January 2022 - September 2022

| | Jan 2022 | Feb 2022 | Mar 2022 | Apr 2022 | May 2022 | Jun 2022 | Jul 2022 | Aug 2022 | Sep 2022 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **REVENUE** | | | | | | | | | | |
| Onemata | 919.73 | 504.70 | 377.30 | 183.75 | 236.67 | 995.33 | 104.30 | 25.00 | 93.87 | 3,440.65 |
| Onemata Enterprise Data Solutions | 438,524 | 421,563 | 434,085 | 407,169 | 406,685 | 424,249 | 482,519 | 404,971 | 408,071 | 3,827,837 |
| **REVENUE** | 439,444 | 422,068 | 434,463 | 407,353 | 406,921 | 425,244 | 482,624 | 404,996 | 408,165 | 3,831,278 |
| **COST OF SALES** | | | | | | | | | | |
| Onemata | 15,266 | 17,557 | 18,381 | 18,164 | 16,173 | 15,475 | 15,672 | 16,072 | 8,422 | 141,181 |
| Onemata Enterprise Data Solutions | 226,921 | 246,330 | 237,552 | 226,661 | 251,001 | 241,302 | 268,914 | 259,405 | 258,584 | 2,216,671 |
| **COST OF SALES** | 242,187 | 263,887 | 255,933 | 244,825 | 267,174 | 256,777 | 284,586 | 275,477 | 267,006 | 2,357,852 |
| **GROSS PROFIT** | | | | | | | | | | |
| Onemata | (14,346) | (17,053) | (18,003) | (17,980) | (15,936) | (14,480) | (15,568) | (16,047) | (8,328) | (137,741) |
| Onemata Enterprise Data Solutions | 211,603 | 175,233 | 196,533 | 180,508 | 155,684 | 182,947 | 213,605 | 145,566 | 149,487 | 1,611,166 |
| **GROSS PROFIT** | 197,257 | 158,181 | 178,530 | 162,528 | 139,747 | 168,468 | 198,038 | 129,519 | 141,159 | 1,473,425 |
| | | | | | | | | | | |
| Onemata | -1559.85% | -3378.74% | -4771.60% | -9785.05% | -6733.54% | -1454.78% | -14925.87% | -64187.60% | -8871.66% | -4003.33% |
| Onemata Enterprise Data Solutions | 48.25% | 41.57% | 45.28% | 44.33% | 38.28% | 43.12% | 44.27% | 35.94% | 36.63% | 42.09% |
| **GROSS PROFIT %** | 44.89% | 37.48% | 41.09% | 39.90% | 34.34% | 39.62% | 41.03% | 31.98% | 34.58% | 38.46% |