| | |
|---|---|
| **From:** | Leffert, Anthony <aleffert@rwolaw.com> |
| **Sent:** | Thursday, June 29, 2023 4:56 PM |
| **To:** | Jacob Resnick; Harry Winderman |
| **Cc:** | Kenneth Louis Minerley; Olson, Nina M. |
| **Subject:** | Stockholders Agreement |
| **Attachments:** | Fully Signed First Amended and Restated Onemata Stockholders Agreement (00819303xBE439).PDF |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jacob,

After reviewing your reply to our response to the motion for a valuation, I doubled checked our documents production with respect to the Stockholders Agreement.  Attached is the Stockholders Agreement which I believed had been produced in response to a discovery request. I believed it had been produced with a bates number but it seems it was not produced. A draft of this agreement was bates numbered but listed in the privilege log.  Of course, both Rahman and Arefin received their copies of this when it was fully executed. Let me know if you have any questions.

Tony

Anthony L Leffert
Attorney At Law



1099 18th Street, Suite 2600
Denver, CO 80202

T: 303-297-2600
F: 303-297-2750
E: aleffert@rwolaw.com
Web: www.rwolaw.com

IRS CIRCULAR 230 DISCLOSURE:  This e-mail and any attached documents may contain provisions concerning a federal tax issue or issues.  This e-mail and any attached documents are not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on any taxpayer by the Internal Revenue Service.

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent, as indicated above.  Any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please delete the message and notify us by calling 303-297-2600 or emailing aleffert@rwolaw.com.


*********************************************************************************************************