UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-62002-WPD

ONEMATA CORPORATION,

    Plaintiff,

v.

ASHFAQ RAHMAN and
SABIRA AREFIN,

    Defendants.

vs.

WILLIAM SMITH and ENSCICON
ACQUISITIONS II, LLC,

    Third-Party Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff/Judgment Creditor Onemata Corporation's Motion for Final Judgment in Garnishment as to Garnishee Wells Fargo Bank, N.A. "(Wells Fargo") [DE 602], Motion for Final Judgment in Garnishment as to Garnishee JP Morgan Chase Bank N.A. ("Chase") [DE 603], and the March 13, 2024 Report and Recommendation of Magistrate Judge Alicia O. Valle [DE 663] (the "Report").  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 663] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of

the Report [DE 663] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 663] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff/Judgment Creditor Onemata Corporation's Motion for Final Judgment in Garnishment as to Garnishee Wells Fargo Bank, N.A. [DE 602] is **GRANTED**. The Court will separately enter the proposed final judgment.

3. Plaintiff/Judgment Creditor Onemata Corporation's Motion for Final Judgment in Garnishment as to Garnishee JP Morgan Chase Bank, N.A. [DE 603] is **DENIED WITHOUT PREJUDICE**.

4. This case shall remain **CLOSED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of March, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Alicia O. Valle