UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-62002-WPD

ONEMATA CORPORATION,

    Plaintiff,

vs.

ASHFAQ RAHMAN, and
SABIRA AREFIN

    Defendants,

vs.

WILLIAM SMITH, and ENSCICON
ACQUISITION II, LLC,

    Third-Party Defendants.
_____/

## ORDER GRANTING IN PART NEVADA PARTIES' MOTION FOR EXTENSION OF TIME TO OBJECT TO THE REPORT AND RECOMENDATION

THIS CAUSE came before the Court on the Nevada Parties' Motion for Extension of Time to Object to the Report and Recommendation, filed August 25, 2025 [DE 875] (the "Motion"). The Court has considered the Motion, notes that it is opposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 875] is **GRANTED IN PART AND DENIED IN PART**.

2. The deadline for the Nevada Parties to object to the Report and Recommendation [DE 873] is hereby extended to **September 3, 2025**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of August, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record